# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 7 |
| | § | |
| SHETHI, SHATISH M | § | Case No. 07-05886 |
| SHETHI, ELIZA | § | |
| | § | Hon. Susan Pierson Sonderby |
| Debtors | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  The debtor filed a petition under chapter     of the United States Bankruptcy Code on
    .  The undersigned trustee was appointed on                    .

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to
the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned
pursuant to 11 U.S.C. § 554.  An individual estate property record and report showing the
disposition of all property of the estate is attached as **Exhibit A**.

4.  The trustee realized gross receipts of                 $

         Funds were disbursed in the following amounts:

         Administrative expenses
         Payments to creditors
         Non-estate funds paid to 3rd Parties
         Payments to the debtor

         Leaving a balance on hand of[1]          $

The remaining funds are available for distribution.

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank
account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement
will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the
maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

6.  The deadline for filing claims in this case was                 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.  The Trustee's proposed distribution is attached as **Exhibit D**.

8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $         . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $            as interim compensation and now requests a sum of $      , for a total compensation of $            .  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $      , and now requests reimbursement for expenses of $      , for total expenses of $      .

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____   By:/s/GUS A. PALOIAN, TRUSTEE_____
                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

**Exhibit A**

| | |
|---|---|
| Case No: | 07-05886    SPS    Judge: SUSAN PIERSON SONDERBY |
| Case Name: | SHETHI, SHATISH M |
| | SHETHI, ELIZA |
| For Period Ending: 10/12/10 | |

| | |
|---|---|
| Trustee Name: | GUS A. PALOIAN, TRUSTEE |
| Date Filed (f) or Converted (c): | 04/02/07 (f) |
| 341(a) Meeting Date: | 05/04/07 |
| Claims Bar Date: | 09/04/07 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property<br>Abandoned<br>OA=554(a) Abandon<br>DA=554(c) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 1. INTEREST IN INSURANCE POLICIES<br>   TURNOVER OF INSURANCE POLICY FUNDS RECEIVED FROM<br>   NORTHWESTERN MUTUAL | 200,113.17 | 217,986.75 | | 217,986.75 | FA |
| 2. INTEREST IN INSURANCE POLICIES<br>   RECEIVED FROM AXA EQUITABLE REGARDING POLICY NO.<br>   037238527 | 53,069.91 | 51,999.84 | | 51,999.84 | FA |
| 3. INTEREST IN INSURANCE POLICIES<br>   RECEIVED FROM AXA EQUITABLE RE POLICY NO. 048229682 | 120,270.90 | 124,413.73 | | 124,413.73 | FA |
| 4. INTEREST IN INSURANCE POLICIES (u)<br>   RECEIVED FROM NEW YORK LIFE INSURANCE COMPANY | 0.00 | 262,234.59 | | 262,234.59 | FA |
| 5. CASH ON HAND | 300.00 | 0.00 | DA | 0.00 | FA |
| 6. BANK ACCOUNTS<br>   HARRIS BANK, HOMEWOOD, IL | 200.00 | 0.00 | DA | 0.00 | FA |
| 7. HOUSEHOLD GOODS AND FURNISHINGS<br>   MISC. HOUSEHOLD GOODS | 4,000.00 | 0.00 | DA | 0.00 | FA |
| 8. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 9. WEARING APPAREL<br>   MISC. WEARING APPAREL | 5,000.00 | 0.00 | DA | 0.00 | FA |
| 10. JEWELRY<br>   MISC. JEWELRY | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 11. INTEREST IN INSURANCE POLICIES<br>   AXA EQUITABLE LIFE INSURANCE, POLICY NUMBER 37217988 | 11,325.54 | 0.00 | DA | 0.00 | FA |
| 12. INTEREST IN INSURANCE POLICIES<br>   AXA EQUITABLE LIFE INSURANCE, POLICY NUMBER 37217988 | 11,851.31 | 0.00 | DA | 0.00 | FA |
| 13. AUTOMOBILES AND OTHER VEHICLES<br>   1999 DODGE GVC | 0.00 | 0.00 | DA | 0.00 | FA |

LFORM1

**UST Form 101-7-TFR (9/1/2009)** *(Page: 3)*

Ver: 15.20

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:  2

**Exhibit A**

| | |
|---|---|
| Case No: | 07-05886    SPS    Judge: SUSAN PIERSON SONDERBY |
| Case Name: | SHETHI, SHATISH M |
| | SHETHI, ELIZA |

| | |
|---|---|
| Trustee Name: | GUS A. PALOIAN, TRUSTEE |
| Date Filed (f) or Converted (c): | 04/02/07 (f) |
| 341(a) Meeting Date: | 05/04/07 |
| Claims Bar Date: | 09/04/07 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 14. AUTOMOBILES AND OTHER VEHICLES | 18,000.00 | 0.00 | DA | 0.00 | FA |
| 2006 DODGE CARAVAN | | | | | |
| 15. REAL PROPERTY | Unknown | 0.00 | DA | 0.00 | FA |
| VACANT PARCEL AT LOT #63, BROOKTRAILS, MENDOCINO, CA | | | | | |
| 16. REAL PROPERTY | 80,000.00 | 0.00 | DA | 0.00 | FA |
| 3250 W. ELY ROAD, HANNIBAL, MI | | | | | |
| 17. REAL PROPERTY | 90,000.00 | 0.00 | DA | 0.00 | FA |
| 401 NORTH COUNTRY CLUB DRIVE, HANNIBAL, MI | | | | | |
| 18. STOCK AND BUSINESS INTERESTS | Unknown | 0.00 | DA | 0.00 | FA |
| 10% OF THE SHARES IN HOTEL CLEMMONS, LLC | | | | | |
| 19. STOCK AND BUSINESS INTERESTS | Unknown | 0.00 | DA | 0.00 | FA |
| 100% IN HOMEWOOD HOTELS, INC. | | | | | |
| 20. STOCK AND BUSINESS INTERESTS | Unknown | 0.00 | DA | 0.00 | FA |
| 100% OF S&S LLC | | | | | |
| 21. STOCK AND BUSINESS INTERESTS | Unknown | 0.00 | DA | 0.00 | FA |
| 100% IN CP PARTNERS II | | | | | |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 3,202.38 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)    $595,630.83    $656,634.91    $659,837.29    $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

LFORM1

**UST Form 101-7-TFR (9/1/2009)** *(Page: 4)*

Ver: 15.20

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page:   3

Exhibit A

| | | | |
|---|---|---|---|
| Case No: | 07-05886   SPS   Judge: SUSAN PIERSON SONDERBY | Trustee Name: | GUS A. PALOIAN, TRUSTEE |
| Case Name: | SHETHI, SHATISH M | Date Filed (f) or Converted (c): | 04/02/07 (f) |
| | SHETHI, ELIZA | 341(a) Meeting Date: | 05/04/07 |
| | | Claims Bar Date: | 09/04/07 |

The Trustee has concluded his investigation of additional assets.

Initial Projected Date of Final Report (TFR): 12/31/09     Current Projected Date of Final Report (TFR): 12/31/10

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: | 07-05886  -SPS |
| Case Name: | SHETHI, SHATISH M |
| | SHETHI, ELIZA |
| Taxpayer ID No: | *******6572 |
| For Period Ending: | 10/12/10 |

| | |
|---|---|
| Trustee Name: | GUS A. PALOIAN, TRUSTEE |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******4109  Money Market Account (Interest Earn |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/19/07 | 1 | NORTHWESTERN MUTUAL | TURNOVER OF INSURANCE POLICY | 1229-000 | 217,986.75 | | 217,986.75 |
| 12/21/07 | 2 | AXA EQUITABLE | TURNOVER OF INSURANCE FUNDS | 1229-000 | 51,999.84 | | 269,986.59 |
| 12/21/07 | 3 | AXA EQUITABLE | TURNOVER OF INSURANCE POLICY FUNDS | 1229-000 | 124,413.73 | | 394,400.32 |
| 12/31/07 | 4 | NEW YORK LIFE INSURANCE COMPANY | TUROVER OF INSURANCE FUNDS | 1229-000 | 262,234.59 | | 656,634.91 |
| 12/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.500 | 1270-000 | 29.68 | | 656,664.59 |
| 01/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.650 | 1270-000 | 521.96 | | 657,186.55 |
| 02/07/08 | 000201 | INTERNATIONAL SURETIES, LTD. | TRUSTEE BOND | 2300-000 | | 581.98 | 656,604.57 |
| | | | BLANKET BOND DISBURSEMENT | | | | |
| 02/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.650 | 1270-000 | 338.29 | | 656,942.86 |
| 03/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.500 | 1270-000 | 323.98 | | 657,266.84 |
| 04/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.500 | 1270-000 | 269.37 | | 657,536.21 |
| 05/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.350 | 1270-000 | 194.92 | | 657,731.13 |
| 06/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.350 | 1270-000 | 188.70 | | 657,919.83 |
| 07/15/08 | | Transfer to Acct #*******4235 | Bank Funds Transfer | 9999-000 | | 27,000.00 | 630,919.83 |
| 07/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.350 | 1270-000 | 190.65 | | 631,110.48 |
| 08/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.350 | 1270-000 | 187.09 | | 631,297.57 |
| 09/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.350 | 1270-000 | 181.11 | | 631,478.68 |
| 10/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.300 | 1270-000 | 168.22 | | 631,646.90 |
| 11/28/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.300 | 1270-000 | 155.32 | | 631,802.22 |
| 12/16/08 | | Transfer to Acct #*******4235 | Bank Funds Transfer | 9999-000 | | 112,000.00 | 519,802.22 |
| 12/22/08 | | Transfer to Acct #*******4235 | Bank Funds Transfer | 9999-000 | | 168,000.00 | 351,802.22 |
| 12/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 90.93 | | 351,893.15 |
| 01/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 8.96 | | 351,902.11 |
| 02/11/09 | 000202 | INTERNATIONAL SURETIES, LTD. | TRUSTEE BOND | 2300-000 | | 293.40 | 351,608.71 |
| | | 701 POYDRAS ST., SUITE 420 | BOND PREMIUM 2/2/09 | | | | |
| | | NEW ORLEANS, LA 70139 | | | | | |
| 02/27/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 8.10 | | 351,616.81 |
| 03/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 8.97 | | 351,625.78 |

| | | | Page Subtotals | | 659,501.16 | 307,875.38 | |

Ver: 15.20

LFORM24

UST Form 101-7-TFR (9/1/2009) *(Page: 6)*

Page:   2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | | |
|---|---|---|
| Case No: | 07-05886  -SPS | |
| Case Name: | SHETHI, SHATISH M | |
| | SHETHI, ELIZA | |
| Taxpayer ID No: | *******6572 | |
| For Period Ending: | 10/12/10 | |

| | | |
|---|---|---|
| Trustee Name: | GUS A. PALOIAN, TRUSTEE | |
| Bank Name: | BANK OF AMERICA, N.A. | |
| Account Number / CD #: | *******4109  Money Market Account (Interest Earn | |
| Blanket Bond (per case limit): | $  5,000,000.00 | |
| Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 04/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.070 | 1270-000 | 20.23 | | 351,646.01 |
| 05/29/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.070 | 1270-000 | 20.90 | | 351,666.91 |
| 06/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.070 | 1270-000 | 20.24 | | 351,687.15 |
| 07/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.070 | 1270-000 | 20.91 | | 351,708.06 |
| 08/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.070 | 1270-000 | 20.91 | | 351,728.97 |
| 09/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.070 | 1270-000 | 20.24 | | 351,749.21 |
| 10/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.070 | 1270-000 | 20.91 | | 351,770.12 |
| 11/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.070 | 1270-000 | 20.24 | | 351,790.36 |
| 12/04/09 | | Transfer to Acct #*******4235 | Bank Funds Transfer | 9999-000 | | 58,000.00 | 293,790.36 |
| 12/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.070 | 1270-000 | 17.80 | | 293,808.16 |
| 01/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.070 | 1270-000 | 17.46 | | 293,825.62 |
| 02/05/10 | 000203 | INTERNATIONAL SURETIES, LTD. | TRUSTEE BOND BLANKET BOND DISBURSEMENT | 2300-000 | | 250.26 | 293,575.36 |
| 02/26/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.070 | 1270-000 | 15.77 | | 293,591.13 |
| 03/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.070 | 1270-000 | 17.46 | | 293,608.59 |
| 04/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.070 | 1270-000 | 16.89 | | 293,625.48 |
| 05/28/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.070 | 1270-000 | 17.45 | | 293,642.93 |
| 06/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.070 | 1270-000 | 16.90 | | 293,659.83 |
| 07/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.070 | 1270-000 | 17.46 | | 293,677.29 |
| 08/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.070 | 1270-000 | 17.46 | | 293,694.75 |
| 09/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.070 | 1270-000 | 16.90 | | 293,711.65 |

|  |  |  |
|---|---|---|
| Page Subtotals | 336.13 | 58,250.26 |

Ver: 15.20

FORM 2    Page:    3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: | 07-05886  -SPS |
| Case Name: | SHETHI, SHATISH M |
| | SHETHI, ELIZA |
| Taxpayer ID No: | *******6572 |
| For Period Ending: | 10/12/10 |

| | |
|---|---|
| Trustee Name: | GUS A. PALOIAN, TRUSTEE |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******4109  Money Market Account (Interest Earn |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 659,837.29 | 366,125.64 | 293,711.65 |
| | | | Less:  Bank Transfers/CD's | | 0.00 | 365,000.00 | |
| | | | Subtotal | | 659,837.29 | 1,125.64 | |
| | | | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 659,837.29 | 1,125.64 | |

Page Subtotals                0.00                0.00

Ver: 15.20

Page:   4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 07-05886 -SPS | | Trustee Name: | GUS A. PALOIAN, TRUSTEE |
| Case Name: | SHETHI, SHATISH M | | Bank Name: | BANK OF AMERICA, N.A. |
| | SHETHI, ELIZA | | Account Number / CD #: | *******4235  BofA Checking Account |
| Taxpayer ID No: | *******6572 | | | |
| For Period Ending: | 10/12/10 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/15/08 | | Transfer from Acct #*******4109 | Bank Funds Transfer | 9999-000 | 27,000.00 | | 27,000.00 |
| 07/15/08 | 002001 | SEYFARTH SHAW LLP | ATTORNEY FEES & EXPENSES | | | 25,654.91 | 1,345.09 |
| | | | FIRST INTERIM FEE APPLICATION PER COURT | | | | |
| | | | ORDER DATED 11/26/07 | | | | |
| | | | Fees         25,532.00 | 3110-000 | | | 1,345.09 |
| | | | Expenses         122.91 | 3120-000 | | | 1,345.09 |
| 12/16/08 | | Transfer from Acct #*******4109 | Bank Funds Transfer | 9999-000 | 112,000.00 | | 113,345.09 |
| 12/16/08 | 002002 | SEYFARTH SHAW LLP | PROFESSIONAL COMPENSATION | | | 109,207.34 | 4,137.75 |
| | | | PAYMENT OF SECOND INTERIM FEES | | | | |
| | | | PURSUANT TO COURT ORDER DATED 12/15-08 | | | | |
| | | | Fees       107,289.00 | 3110-000 | | | 4,137.75 |
| | | | Expenses       1,918.34 | 3120-000 | | | 4,137.75 |
| 12/22/08 | | Transfer from Acct #*******4109 | Bank Funds Transfer | 9999-000 | 168,000.00 | | 172,137.75 |
| 12/22/08 | 002003 | SATISH SHETHI AND ELIZA SHETHI | SETTLEMENT | 1229-000 | | 171,200.24 | 937.51 |
| | | | PURSUANT TO COURT ORDER DATED 12/10/08 | | | | |
| 12/04/09 | | Transfer from Acct #*******4109 | Bank Funds Transfer | 9999-000 | 58,000.00 | | 58,937.51 |
| 12/04/09 | 002004 | SEYFARTH SHAW LLP | ATTORNEY FEES & EXPENSES | | | 30,560.28 | 28,377.23 |
| | | | PURSUANT TO COURT ORDER DATED | | | | |
| | | | 12/02/2009 | | | | |
| | | | Fees         29,183.50 | 3110-000 | | | 28,377.23 |
| | | | Expenses       1,376.78 | 3120-000 | | | 28,377.23 |
| 12/04/09 | 002005 | GUS A. PALOIAN, TRUSTEE | TRUSTEE COMPENSATION | 2100-000 | | 27,672.26 | 704.97 |
| | | | PURSUANT TO COURT ORDER DATED 12/02/09 | | | | |

Page Subtotals        365,000.00        364,295.03

Ver: 15.20

FORM 2                                                                                      Page:   5

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                              Exhibit B

| | |
|---|---|
| Case No: | 07-05886 -SPS |
| Case Name: | SHETHI, SHATISH M |
| | SHETHI, ELIZA |
| Taxpayer ID No: | *******6572 |
| For Period Ending: | 10/12/10 |

| | |
|---|---|
| Trustee Name: | GUS A. PALOIAN, TRUSTEE |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******4235  BofA Checking Account |
| | |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 365,000.00 | 364,295.03 | 704.97 |
| | | | Less:  Bank Transfers/CD's | | 365,000.00 | 0.00 | |
| | | | Subtotal | | 0.00 | 364,295.03 | |
| | | | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 0.00 | 364,295.03 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Money Market Account (Interest Earn - ********4109 | 659,837.29 | 1,125.64 | 293,711.65 |
| BofA Checking Account - ********4235 | 0.00 | 364,295.03 | 704.97 |
| | ------------------------ | ------------------------ | ------------------------ |
| | 659,837.29 | 365,420.67 | 294,416.62 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals                                           0.00              0.00

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

| Case Number: | 07-05886 | | Page 1 | | | | Date: October 12, 2010 |
|---|---|---|---|---|---|---|---|
| Debtor Name: | SHETHI, SHATISH M | | Priority Sequence | | | | |

| Code # | Creditor Name & Address | Claim Class | Notes | | | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|---|---|
| ATTY 1 001 3110-00 | SEYFARTH SHAW LLP | Administrative | | | | $25,654.91 | $25,654.91 | $0.00 |
| | | | 3758784235 | 07/15/08 | 2001 | | 25,654.91 | |
| ATTY 2 001 3110-00 | SEYFARTH SHAW LLP | Administrative | | | | $109,207.34 | $109,207.34 | $0.00 |
| | | | 3758784235 | 12/16/08 | 2002 | | 109,207.34 | |
| ATTY 3 001 3110-00 | SEYFARTH SHAW LLP | Administrative | | | | $30,560.28 | $30,560.28 | $0.00 |
| | | FOR PAYMENT OF SEYFARTH'S THIRD INTERIM APPLICATION FOR COMPENSATION | | | | | | |
| | | | 3758784235 | 12/04/09 | 2004 | | 30,560.28 | |
| ATTY 4 001 3110-00 | SEYFARTH SHAW LLP | Administrative | | | | $16,333.30 | $0.00 | $16,333.30 |
| PROF FEE 001 3310-00 | POPOWCER KATTEN, LTD. | Administrative | | | | $1,247.00 | $0.00 | $1,247.00 |
| TEE 1 001 2100-00 | GUS A. PALOIAN, TRUSTEE | Administrative | | | | $27,672.26 | $27,672.26 | $0.00 |
| | | PAYMENT OF TRUSTEE'S FIRST INTERIM APPLICATION FOR COMPENSATION | | | | | | |
| | | | 3758784235 | 12/04/09 | 2005 | | 27,672.26 | |
| | Subtotal for Priority 001 | | | | | $210,675.09 | $193,094.79 | $17,580.30 |
| 000004 058 5800-00 | Internal Revenue Service Centralized Insolvency Operation POB 21126 Philadelphia, PA 19114 | Priority | | | | $69,545.87 | $0.00 | $69,545.87 |
| | | Claim Amended on 4/27/10, from $26,468.62 to $69,545.87 | | | | | | |
| | Subtotal for Priority 058 | | | | | $69,545.87 | $0.00 | $69,545.87 |
| 000001 070 7100-00 | Ramada Worldwide Inc. c/o Forman Holt Eliades & Ravin LLC 80 Route 4 East, Ste 290 Paramus, NJ 07652 | Unsecured | | | | $328,838.25 | $0.00 | $328,838.25 |
| 000002 070 7100-00 | Days Inns Worldwide Inc & Ramada Worldwide Inc c/o Daniel M Eliades Forman Holt Eliades & Ravin LLC 218 Route 17 North Rochelle Park, NJ 07662 | Unsecured | | | | $471,539.22 | $0.00 | $471,539.22 |
| 000003 070 7100-00 | Discover Bank/Discover Financial Services PO Box 3025 New Albany, OH 43054-3025 | Unsecured | | | | $190.76 | $0.00 | $190.76 |
| 000005 070 7100-00 | Discover Bank/Discover Financial Services PO Box 3025 New Albany, OH 43054-3025 | Unsecured | | | | $9,453.45 | $0.00 | $9,453.45 |

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

| Case Number: | 07-05886 | | Page 2 | | Date: October 12, 2010 |
|---|---|---|---|---|---|
| Debtor Name: | SHETHI, SHATISH M | | Priority Sequence | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000007 070 7100-00 | Hannibal National Bank C/O Edward P Freud esq 222 N. La Salle Street Suite 700 Chicago , ILLinois 60601 | Unsecured (7-1) Mortgage Best Western Hotel Clemens LLC (7-1) Updated under edit Creditor so that the Claim address will Match the Actual Claim. Per agreed order entered on 9/29/2009, claim reclassified from secured to general unsecured in amended amount. | | $410,655.00 | $0.00 | $410,655.00 |
| 000008 070 7100-00 | Hannibal National Bank C/O Edward P Freud esq 222 N. La Salle Street Suite 700 Chicago , ILLinois 60601 | Unsecured (8-1) Mortgage Loan (8-1) Updated under edit Creditor so that the Claim address will Match the Actual Claim. Per agreed order entered on 9/29/2009, claim reclassified from secured to general unsecured in amended amount. | | $49,403.33 | $0.00 | $49,403.33 |
| 000009 070 7100-00 | MUTUAL BANK C/O UNITED CENTRAL BANK 16540 SOUTH HASLTED STREET HARVEY, IL  60426 | Unsecured Per Agreed Order entered on 10/27/09, parties have agreed to reclassify claim to general unsecured in amended amount. | | $697,303.23 | $0.00 | $697,303.23 |
| | Subtotal for Priority 070 | | | $1,967,383.24 | $0.00 | $1,967,383.24 |
| 000006 100 SC | Hannibal National Bank C/O Edward P Freud esq 222 N. La Salle Street Suite 700 Chicago , ILLinois 60601 | Secured (6-1) Vehicle Loan (6-1) Updated under edit Creditor so that the Claim address will Match the Actual Claim.. Per agreed order entered on 9/29/2009, claim disallowed in its entirety. | | $0.00 | $0.00 | $0.00 |
| | Subtotal for Priority 100 | | | $0.00 | $0.00 | $0.00 |
| SETTLMT 999 8100-00 | SATISH SHETHI AND ELIZA SHETHI | Unsecured RETURN OF CASH SURRENDER VALUE OF CERTAIN INSURANCE POLICIES PURSUANT TO SETTLEMENT AGREEMENT DATED 12/10/2008. | | $171,200.24 | $171,200.24 | $0.00 |
| | | 3758784235 | 12/22/08   2003 | 171,200.24 | | |
| | Subtotal for Priority 999 | | | $171,200.24 | $171,200.24 | $0.00 |
| | Case Totals: | | | $2,418,804.44 | $364,295.03 | $2,054,509.41 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 07-05886
Case Name: SHETHI, SHATISH M
          SHETHI, ELIZA
Trustee Name: GUS A. PALOIAN, TRUSTEE


Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| _____ | $_____ |
| _____ | $_____ |
| _____ | $_____ |


Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|
| *Trustee: GUS A. PALOIAN, TRUSTEE* | $_____ | $_____ |
| *Attorney for trustee: SEYFARTH SHAW LLP* | $_____ | $_____ |
| *Appraiser:* | $_____ | $_____ |
| *Auctioneer:* | $_____ | $_____ |
| *Accountant: POPOWCER KATTEN, LTD.* | $_____ | $_____ |
| *Special Attorney for trustee:* | $_____ | $_____ |
| *Charges:* | $_____ | $_____ |
| *Fees:* | $_____ | $_____ |
| *Other:* | $_____ | $_____ |
| *Other:* | $_____ | $_____ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

|  | Reason/Applicant | Fees | Expenses |
|---|---|---|---|
| _Attorney for debtor:_ | | $_____ | $_____ |
| _Attorney for:_ | | $_____ | $_____ |
| _Accountant for:_ | | $_____ | $_____ |
| _Appraiser for:_ | | $_____ | $_____ |
| _Other:_ | | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $_____ must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| _000004_ | _Internal Revenue Service_ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $_____ have been allowed and will be paid _pro rata_ only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be _____ percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| _000001_ | _Ramada Worldwide Inc._ | $_____ | $_____ |
| | _Days Inns Worldwide Inc &_ | | |
| _000002_ | _Ramada Worldwide Inc_ | $_____ | $_____ |

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | *Discover Bank/Discover* | | |
| *000003* | *Financial Services* | $ | $ |
| | *Discover Bank/Discover* | | |
| *000005* | *Financial Services* | $ | $ |
| *000007* | HNB National Bank successor to *Hannibal National Bank* | $ | $ |
| *000008* | HNB National Bank successor to *Hannibal National Bank* | $ | $ |
| *000009* | United Central Bank successor to *MUTUAL BANK* | $ | $ |

Tardily filed claims of general (unsecured) creditors totaling $        have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be        percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $        have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be        percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

     The amount of surplus returned to the debtor after payment of all claims and interest is
$_____ .