UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| | ) | |
| SATISH SHETHI AND ELIZA SHETHI, | ) | CASE NO. 07-05886 SPS |
| | ) | |
| Debtor(s) | ) | HON. SUSAN PIERSON SONDERBY |
| | ) | |
| | ) | Hearing Date: December 22, 2010 |
| | ) | Hearing Time:  10:30 a.m. CST |

**COVER SHEET FOR APPLICATION FOR
PROFESSIONAL COMPENSATION**

Name of Applicant:    GUS A. PALOIAN, Chapter 7 Trustee

Date of Order Authorizing Employment:    April 2, 2007

Period for Which
Compensation is Sought:    December 1, 2007 through close of this case

Amount of Fees Sought:    $9.59

Amount of Expense
Reimbursement Sought:    $   0.00

This is an:              Interim Application _____    Final Application:    X

If this is not the first application filed herein by this professional, disclose as to all prior fee applications:

| **TRUSTEE'S PRIOR INTERIM FEE APPLICATIONS IN CHAPTER 7 CASE** | | | | |
|---|---|---|---|---|
| Filing Date & Docket Number(s) | Interim Period Covered | Total Fees Requested & [Allowed] | Total Expenses Requested & [Allowed] | Aggregate Allowed Fees & Expenses |
| 11/10/09 [194] | 4/2/07 to 11/30/07 | $27,672.26 [$27,672.26] | $0.00 [$0.00] | $27,672.26 |

Date:    November 19, 2010          By:    /s/ Gus A. Paloian
                                            Applicant: GUS A. PALOIAN, Chapter 7 Trustee

12797011v.1

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| In re: ) | Case No. 07-B-05886-SPS |
| ) | Chapter 7 |
| SATISH SHETHI AND ELIZA SHETHI, ) | |
| ) | Hon. Susan Pierson Sonderby |
| Debtors. ) | |
| ) | Hearing Date: December 22, 2010 |
| ) | Hearing Time: 10:30 a.m. CST |

**SECOND AND FINAL APPLICATION FOR ALLOWANCE AND
PAYMENT OF COMPENSATION TO CHAPTER 7 TRUSTEE, GUS A. PALOIAN
FOR THE PERIOD OF DECEMBER 1, 2007 THROUGH CLOSE OF THE CASE**

NOW COMES GUS A. PALOIAN, Trustee herein, pursuant to 11 U.S.C. §330, and requests $27,681.85 as compensation, $27,672.26 amount of which has previously been paid.

COMPUTATION OF COMPENSATION

1.      Total disbursements to parties in interest, excluding the Debtor, but including holders of secured claims are $488,637.05.  Pursuant to 11 U.S.C. §326, compensation should be computed as follows:

| | | |
|---|---|---|
| 25% of the First $5,000.00 | $1,250.00 | ($1,250.00 max.) |
| 10% of next $45,000.00 | $4,500.00 | ($4,500.00 max.) |
| 5% of the next $438,637.05 | $21,931.85 | ($47,500.00 max.) |
| TOTAL COMPENSATION AVAILABLE | $27,681.85 | |
| INTERIM COMPENSATION AWARDED AND PAID | $27,672.26 | |
| UNPAID COMPENSATION REQUESTED | $9.59 | |

  2. The undersigned certifies under penalty of perjury that no agreement or understanding exists between the undersigned and any other person for sharing of compensation prohibited by the Bankruptcy Code. No payments have previously been made or promised in any capacity in connection with the above case, except to the extent of the monies awarded and paid as interim compensation pursuant to the Trustee's First Interim Fee Application and this Court's order dated December 2, 2009.

  WHEREFORE, the Trustee requests the entry of an order:

  A. Allowing all amounts previously awarded and paid as interim compensation to be deemed final;

  B. Awarding to the Trustee the unpaid balance as final compensation and authorizing the Trustee to pay the unpaid balance as part of his final distribution in this case; and

  C. For such other relief as this Court deems just.

Dated: November 19, 2010         Respectfully submitted,

              GUS A. PALOIAN, not individually or personally, but solely in his capacity as the Chapter 7 Trustee of the Debtors' Estate,

              By: /s/Gus A. Paloian

Gus A. Paloian (06188186)
James B. Sowka (6291998)
SEYFARTH SHAW LLP
131 South Dearborn Street
Suite 2400
Chicago, Illinois 60603
Telephone: (312) 460-5000
Facsimile: (312) 460-7000

2

12797011v.1