UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 7 |
| | § | |
| SHETHI, SHATISH M | § | Case No. 07-05886 |
| SHETHI, ELIZA | § | |
| | § | Hon. Susan Pierson Sonderby |
| Debtors | § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

  Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that GUS A. PALOIAN, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

  The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

    CLERK OF THE COURT
    UNITED STATE BANKRUPTCY COURT
    219 S. DEARBORN STREET
    CHICAGO, IL  60604

  Any person wishing to object to any fee application that has not already been approved, or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objection upon the trustee, any party whose application is being challenged, and the United State Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 10:30 a.m., December 22, 2010:

    United States Bankruptcy Court
    COURTROOM   642
    Chicago, IL  60604


Date Mailed: _____  By: Kenneth S. Gardner_____
                    Clerk of the Court


*GUS A. PALOIAN, TRUSTEE*
*131 S. DEARBORN*
*SUITE 2400*
*CHICAGO, IL 60603*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re:                              §
                                    §
                                    §
SHETHI, SHATISH M                   §    Case No. 07-05886
SHETHI, ELIZA                       §
                                    §
         Debtor(s)                  §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| *The Final Report shows receipts of* | $ | 659,837.29 |
| *and approved disbursements of* | $ | 365,420.67 |
| *leaving a balance on hand of*[1] | $ | 294,416.62 |

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| | $ |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|
| *Trustee: GUS A. PALOIAN, TRUSTEE* | $ 9.59 | $ 0.00 |
| *Attorney for trustee: SEYFARTH SHAW LLP* | $ 16,194.00 | $ 139.30 |
| *Appraiser:* | $ | $ |
| *Auctioneer:* | $ | $ |
| *Accountant: POPOWCER KATTEN, LTD.* | $ 1,247.00 | $ 0.00 |
| *Special Attorney for trustee:* | $ | $ |
| *Charges:* | $ | $ |
| *Fees:* | $ | $ |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (9/1/2009) (Page: 2)

|  | *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|---|
| *Other:* | _____ | $_____ | $_____ |
| *Other:* | _____ | $_____ | $_____ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

|  | *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|---|
| *Attorney for debtor:* | _____ | $_____ | $_____ |
| *Attorney for:* | _____ | $_____ | $_____ |
| *Accountant for:* | _____ | $_____ | $_____ |
| *Appraiser for:* | _____ | $_____ | $_____ |
| *Other:* | _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 69,545.87 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| *000004* | *Internal Revenue Service* | $ 69,545.87 | $ 69,545.87 |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 1,967,383.24 have been allowed and will be paid **pro rata** only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 10.5 percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| *000001* | *Ramada Worldwide Inc.* | $ 328,838.25 | $ 34,645.96 |

UST Form 101-7-NFR (9/1/2009) *(Page: 3)*

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000002 | Days Inns Worldwide Inc & Ramada Worldwide Inc | $ 471,539.22 | $ 49,680.74 |
| 000003 | Discover Bank/Discover Financial Services | $ 190.76 | $ 20.10 |
| 000005 | Discover Bank/Discover Financial Services | $ 9,453.45 | $ 996.00 |
| 000007 | HNB National Bank successor to Hannibal National Bank | $ 410,655.00 | $ 43,266.06 |
| 000008 | HNB National Bank successor to Hannibal National Bank | $ 49,403.33 | $ 5,205.07 |
| 000009 | United Central Bank successor to MUTUAL BANK | $ 697,303.23 | $ 73,466.93 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid **pro rata** only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid **pro rata** only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

       The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00 .

Prepared By: /s/_____

*GUS A. PALOIAN, TRUSTEE*
*131 S. DEARBORN*
*SUITE 2400*
*CHICAGO, IL 60603*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: lhuley                 Page 1 of 1                  Date Rcvd: Nov 22, 2010
Case: 07-05886                Form ID: pdf006              Total Noticed: 26

The following entities were noticed by first class mail on Nov 24, 2010.
db/jdb       +Shatish M Shethi,    Eliza Shethi,    17400 South Halsted Street,    Homewood, IL 60430-2004
aty          +Ariel Weissberg,    Weissberg & Associates, Ltd,    401 S. LaSalle Street,    Suite 403,
               Chicago, IL 60605-2993
aty          +Charles S Riecke,    Seyfarth Shaw,    131 S. Dearborn Street,    Suite 4200,
               Chicago, IL 60603-5517
aty          +Gus A Paloian,    Seyfarth Shaw LLP,    131 S. Dearborn Street,    Suite 2400,
               Chicago, IL 60603-5863
aty          +James B. Sowka,    Seyfarth Shaw LLP,    131 South Dearborn Street,    Suite 2400,
               Chicago, IL 60603-5863
aty          +Ryan Pinkston,    Seyfarth Shaw LLP,    131 South Dearborn Street, Suite 2400,
               Chicago, IL 60603-5863
aty          +Seyfarth Shaw LLP,    131 S Dearborn Street,    Suite 2400,    Chicago, IL 60603-5863
tr           +Gus A Paloian,    Seyfarth, Shaw, Et Al,    131 South Dearborn Street,    Suite 2400,
               Chicago, IL 60603-5863
11277298     +AXA Equitable Life Insurance Center,     P.O. Box 6040,    Lynchburg, VA 24505-6040
11277299      Chrysler Financial - Dept. #249401,     P.O. Box 55000,    Detroit, MI 48255-2494
11277300      Citicard,    P.O. Box 6309,    The Lakes, NV 88901-6309
11277301      Days Inn Worldwide, Inc.,     c/o Fiona A. Burke, Esq.,    6600 Sears Tower,    Chicago, IL 60606
11325035     +Days Inns Worldwide Inc & Ramada Worldwide Inc,     c/o Daniel M Eliades,
               Forman Holt Eliades & Ravin LLC,    218 Route 17 North,    Rochelle Park, NJ 07662-3399
11277303     +Hannibal National Bank,    C/O Edward P Freud esq,    222 N. La Salle Street Suite 700,
               Chicago , ILLinois 60601-1024
11277304     +Homewood Hotel, Inc.,    17400 S. Halsted,    Homewood, IL 60430-2004
11277305     +Hotel Clemens,    401 North Third Street,    Hannibal, MO 63401-3301
11277307    ++INTERNAL REVENUE SERVICE,     CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
               PHILADELPHIA PA 19114-0326
              (address filed with court: Internal Revenue Service,     Centralized Insolvency Operation,
               POB 21126,    Philadelphia, PA 19114)
11277306      Illinois Department of Revenue,     Springfield, IL 62719-0001
11277308     +Mutual Bank,    C/O William D Dallas Esq,    111 West Washington Suite 1525,
               Chicago, IL 60602-2727
11277309     +New York Life Insurance Company,    51 Madison Ave., Suite 3200,    New York, NY 10010-1603
11277310      Northwest Mutual Life,    720 East Wisconsin Avenue,    Milwaukee, WI 53202-4797
11359192     +Ramada Worldwide Inc.,    c/o Forman Holt Eliades & Ravin LLC,    80 Route 4 East, Ste 290,
               Paramus, NJ 07652-2661
11277311      Ramada Worldwide, Inc.,     c/o Fiona A. Burke, Esq.,    6600 Sears Tower,    Chicago, IL 60606
11277312     +S&S, LLC,    2175 East Touhy Avenue,    Des Plaines, IL 60018-3637

The following entities were noticed by electronic transmission on Nov 23, 2010.
11277302      E-mail/PDF: mrdiscen@discoverfinancial.com Nov 23 2010 01:34:14      Discover Financial Services,
               P.O. Box 30943,    Salt Lake City, UT 84130-0943
11409614      E-mail/PDF: mrdiscen@discoverfinancial.com Nov 23 2010 01:34:14
               Discover Bank/Discover Financial Services,    PO Box 3025,    New Albany, OH  43054-3025
                                                                                              TOTAL: 2

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 24, 2010**                    **Signature:** _/s/ Joseph Speetjens_