# UNITED STATES BANKRUPTCY COURT
## NORTHERN **DISTRICT OF** ILLINOIS
### EASTERN **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| SHETHI, SHATISH M | § | Case No. 07-05886 |
| SHETHI, ELIZA | § | |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

GUS A. PALOIAN, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: 222,176.85
*(Without deducting any secured claims)*

Assets Exempt: 162,435.45

Total Distributions to Claimants: 276,872.93

Claims Discharged
Without Payment: 1,766,556.18

Total Expenses of Administration: 211,810.32

3) Total gross receipts of $ 659,883.49 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 171,200.24 (see **Exhibit 2**), yielded net receipts of $ 488,683.25 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from Exhibit 3) | $ 224,000.00 | $ 14,750.48 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from Exhibit 4) | NA | 218,400.82 | 211,810.32 | 211,810.32 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from Exhibit 5) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from Exhibit 6) | 275,000.00 | 69,545.87 | 69,545.87 | 69,545.87 |
| GENERAL UNSECURED CLAIMS (from Exhibit 7) | 2,826,877.47 | 7,400,080.01 | 1,967,383.24 | 207,327.06 |
| TOTAL DISBURSEMENTS | $ 3,325,877.47 | $ 7,702,777.18 | $ 2,248,739.43 | $ 488,683.25 |

4) This case was originally filed under chapter 7 on 04/02/2007 . The case was pending for 56 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  10/27/2011 _____ By:/s/GUS A. PALOIAN, TRUSTEE _____
Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| INTEREST IN INSURANCE POLICIES | 1229-000 | 217,986.75 |
| INTEREST IN INSURANCE POLICIES | 1229-000 | 51,999.84 |
| INTEREST IN INSURANCE POLICIES | 1229-000 | 124,413.73 |
| INTEREST IN INSURANCE POLICIES | 1229-000 | 262,234.59 |
| Post-Petition Interest Deposits | 1270-000 | 3,248.58 |
| TOTAL GROSS RECEIPTS | | $ 659,883.49 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| SATISH SHETHI AND ELIZA SHETHI | Exemptions | 8100-002 | 171,200.24 |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ 171,200.24 |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | AXA Equitable Life Insurance Center | | 100,000.00 | NA | NA | 0.00 |
| | Chrysler Financial-Dept. #249401 | | 19,000.00 | NA | NA | 0.00 |
| | New York Life Insurance Company | | 75,000.00 | NA | NA | 0.00 |
| | Northwest Mutual Life | | 30,000.00 | NA | NA | 0.00 |
| 000006 | HANNIBAL NATIONAL BANK | 4110-000 | NA | 14,750.48 | 0.00 | 0.00 |
| TOTAL SECURED CLAIMS | | | $ 224,000.00 | $ 14,750.48 | $ 0.00 | $ 0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| GUS A. PALOIAN, TRUSTEE | 2100-000 | NA | 27,672.26 | 27,672.26 | 27,672.26 |
| GUS A. PALOIAN, TRUSTEE | 2100-000 | NA | 9.59 | 9.59 | 9.59 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | NA | 581.98 | 581.98 | 581.98 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | NA | 293.40 | 293.40 | 293.40 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | NA | 250.26 | 250.26 | 250.26 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| SEYFARTH SHAW LLP | 3110-000 | NA | 111,507.08 | 107,289.00 | 107,289.00 |
| SEYFARTH SHAW LLP | 3110-000 | NA | 27,818.00 | 25,532.00 | 25,532.00 |
| SEYFARTH SHAW LLP | 3110-000 | NA | 29,183.50 | 29,183.50 | 29,183.50 |
| SEYFARTH SHAW LLP | 3110-000 | NA | 16,194.00 | 16,194.00 | 16,194.00 |
| SEYFARTH SHAW LLP | 3120-000 | NA | 1,993.76 | 1,918.34 | 1,918.34 |
| SEYFARTH SHAW LLP | 3120-000 | NA | 133.91 | 122.91 | 122.91 |
| SEYFARTH SHAW LLP | 3120-000 | NA | 1,376.78 | 1,376.78 | 1,376.78 |
| SEYFARTH SHAW LLP | 3120-000 | NA | 139.30 | 139.30 | 139.30 |
| POPOWCER KATTEN, LTD. | 3310-000 | NA | 1,247.00 | 1,247.00 | 1,247.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 218,400.82 | $ 211,810.32 | $ 211,810.32 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | IRS | | 100,000.00 | NA | NA | 0.00 |
| | IRS | | 75,000.00 | NA | NA | 0.00 |
| | Illinois Dept. of Revenue | | 100,000.00 | NA | NA | 0.00 |
| 000004 | INTERNAL REVENUE SERVICE | 5800-000 | NA | 69,545.87 | 69,545.87 | 69,545.87 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 275,000.00 | $ 69,545.87 | $ 69,545.87 | $ 69,545.87 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Citicard | | 2,500.00 | NA | NA | 0.00 |
| | Mutual Bank | | 4,000.00 | NA | NA | 0.00 |
| 000002 | DAYS INNS WORLDWIDE INC & RAMADA WO | 7100-000 | 471,539.22 | 471,539.22 | 471,539.22 | 49,691.81 |
| 000003 | DISCOVER BANK/DISCOVER FINANCIAL SE | 7100-000 | 5,000.00 | 190.76 | 190.76 | 20.10 |
| 000005 | DISCOVER BANK/DISCOVER FINANCIAL SE | 7100-000 | 15,000.00 | 9,453.45 | 9,453.45 | 996.22 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000007 | HNB NAT' BANK, SUCC. TO HANNIBAL NB | 7100-000 | 2,000,000.00 | 2,010,655.00 | 410,655.00 | 43,275.71 |
| 000008 | HNB NAT'L BANK SUCC. TO HANNIBAL NB | 7100-000 | NA | 179,403.33 | 49,403.33 | 5,206.23 |
| 000001 | RAMADA WORLDWIDE INC. | 7100-000 | 328,838.25 | 328,838.25 | 328,838.25 | 34,653.68 |
| 000009 | UNITED CENTRAL BANK SUCC. TO MUTUAL | 7100-000 | NA | 4,400,000.00 | 697,303.23 | 73,483.31 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 2,826,877.47 | $ 7,400,080.01 | $ 1,967,383.24 | $ 207,327.06 |

Page: 1
Exhibit 8

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Case No:        07-05886      SPS    Judge: SUSAN PIERSON SONDERBY
Case Name:    SHETHI, SHATISH M
                     SHETHI, ELIZA
For Period Ending: 10/27/11

Trustee Name:                            GUS A. PALOIAN, TRUSTEE
Date Filed (f) or Converted (c):    04/02/07 (f)
341(a) Meeting Date:                  05/04/07
Claims Bar Date:                        09/04/07

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. INTEREST IN INSURANCE POLICIES TURNOVER OF INSURANCE POLICY FUNDS RECEIVED FROM NORTHWESTERN MUTUAL | 200,113.17 | 217,986.75 | | 217,986.75 | FA |
| 2. INTEREST IN INSURANCE POLICIES RECEIVED FROM AXA EQUITABLE REGARDING POLICY NO. 037238527 | 53,069.91 | 51,999.84 | | 51,999.84 | FA |
| 3. INTEREST IN INSURANCE POLICIES RECEIVED FROM AXA EQUITABLE RE POLICY NO. 048229682 | 120,270.90 | 124,413.73 | | 124,413.73 | FA |
| 4. INTEREST IN INSURANCE POLICIES (u) RECEIVED FROM NEW YORK LIFE INSURANCE COMPANY | 0.00 | 262,234.59 | | 262,234.59 | FA |
| 5. CASH ON HAND | 300.00 | 0.00 | DA | 0.00 | FA |
| 6. BANK ACCOUNTS HARRIS BANK, HOMEWOOD, IL. | 200.00 | 0.00 | DA | 0.00 | FA |
| 7. HOUSEHOLD GOODS AND FURNISHINGS MISC. HOUSEHOLD GOODS | 4,000.00 | 0.00 | DA | 0.00 | FA |
| 8. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 9. WEARING APPAREL MISC. WEARING APPAREL | 5,000.00 | 0.00 | DA | 0.00 | FA |
| 10. JEWELRY MISC. JEWELRY | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 11. INTEREST IN INSURANCE POLICIES AXA EQUITABLE LIFE INSURANCE, POLICY NUMBER 37217988 | 11,325.54 | 0.00 | DA | 0.00 | FA |
| 12. INTEREST IN INSURANCE POLICIES AXA EQUITABLE LIFE INSURANCE, POLICY NUMBER 37217988 | 11,851.31 | 0.00 | DA | 0.00 | FA |
| 13. AUTOMOBILES AND OTHER VEHICLES 1999 DODGE GVC | 0.00 | 0.00 | DA | 0.00 | FA |

LFORM1    UST Form 101-7-TDR (10/1/2010) (Page: 8)

Ver: 16.04d

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page:    2
Exhibit 8

Case No:    07-05886    SPS    Judge: SUSAN PIERSON SONDERBY
Case Name:    SHETHI, SHATISH M
SHETHI, ELIZA

Trustee Name:    GUS A. PALOIAN, TRUSTEE
Date Filed (f) or Converted (c):    04/02/07 (f)
341(a) Meeting Date:    05/04/07
Claims Bar Date:    09/04/07

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 14. AUTOMOBILES AND OTHER VEHICLES 2006 DODGE CARAVAN | 18,000.00 | 0.00 | DA | 0.00 | FA |
| 15. REAL PROPERTY VACANT PARCEL AT LOT #63, BROOKTRAILS, MENDOCINO, CA | Unknown | 0.00 | DA | 0.00 | FA |
| 16. REAL PROPERTY 3250 W. ELY ROAD, HANNIBAL, MI | 80,000.00 | 0.00 | DA | 0.00 | FA |
| 17. REAL PROPERTY 401 NORTH COUNTRY CLUB DRIVE, HANNIBAL, MI | 90,000.00 | 0.00 | DA | 0.00 | FA |
| 18. STOCK AND BUSINESS INTERESTS 10% OF THE SHARES IN HOTEL CLEMMONS, LLC | Unknown | 0.00 | DA | 0.00 | FA |
| 19. STOCK AND BUSINESS INTERESTS 100% IN HOMEWOOD HOTELS, INC. | Unknown | 0.00 | DA | 0.00 | FA |
| 20. STOCK AND BUSINESS INTERESTS 100% OF S&S LLC | Unknown | 0.00 | DA | 0.00 | FA |
| 21. STOCK AND BUSINESS INTERESTS 100% IN CP PARTNERS II | Unknown | 0.00 | DA | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 3,248.58 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)    $595,630.83    $656,634.91    $659,883.49    $0.00
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

LFORM1    UST Form 101-7-TDR (10/1/2010) (Page: 9)

Ver: 16.04d

Page:   3
Exhibit 8

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

| | |
|---|---|
| Case No: | 07-05886   SPS   Judge: SUSAN PIERSON SONDERBY |
| Case Name: | SHETHI, SHATISH M |
| | SHETHI, ELIZA |

| | |
|---|---|
| Trustee Name: | GUS A. PALOIAN, TRUSTEE |
| Date Filed (f) or Converted (c): | 04/02/07 (f) |
| 341(a) Meeting Date: | 05/04/07 |
| Claims Bar Date: | 09/04/07 |

The Final Report was filed on November 19, 2010.  Distribution to creditors was made on December 22, 2010.  As of
December 31, 2010, waiting for zero bank balance.

Initial Projected Date of Final Report (TFR): 12/31/09     Current Projected Date of Final Report (TFR): 12/31/10

LFORM1    **UST Form 101-7-TDR (10/1/2010)** *(Page: 10)*

Ver: 16.04d

Page: 1
Exhibit 9

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 07-05886 -SPS
Case Name: SHETHI, SHATISH M
SHETHI, ELIZA
Taxpayer ID No: *******6572
For Period Ending: 10/27/11

Trustee Name: GUS A. PALOIAN, TRUSTEE
Bank Name: BANK OF AMERICA, N.A.
Account Number / CD #: *******4109 Money Market Account (Interest Earn

Blanket Bond (per case limit):   $ 5,000,000.00
Separate Bond (if applicable):

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | Uniform Trans. Code | 5 Deposits ($) | 6 Disbursements ($) | 7 Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/19/07 | 1 | NORTHWESTERN MUTUAL | TURNOVER OF INSURANCE POLICY | 1229-000 | 217,986.75 | | 217,986.75 |
| 12/21/07 | 2 | AXA EQUITABLE | TURNOVER OF INSURANCE FUNDS | 1229-000 | 51,999.84 | | 269,986.59 |
| 12/21/07 | 3 | AXA EQUITABLE | TURNOVER OF INSURANCE POLICY FUNDS | 1229-000 | 124,413.73 | | 394,400.32 |
| 12/31/07 | 4 | NEW YORK LIFE INSURANCE COMPANY | TUROVER OF INSURANCE FUNDS | 1229-000 | 262,234.59 | | 656,634.91 |
| 12/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.500 | 1270-000 | 29.68 | | 656,664.59 |
| 01/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.650 | 1270-000 | 521.96 | | 657,186.55 |
| 02/07/08 | 000201 | INTERNATIONAL SURETIES, LTD. | TRUSTEE BOND | 2300-000 | | 581.98 | 656,604.57 |
| | | | BLANKET BOND DISBURSEMENT | | | | |
| 02/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.650 | 1270-000 | 338.29 | | 656,942.86 |
| 03/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.500 | 1270-000 | 323.98 | | 657,266.84 |
| 04/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.500 | 1270-000 | 269.37 | | 657,536.21 |
| 05/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.350 | 1270-000 | 194.92 | | 657,731.13 |
| 06/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.350 | 1270-000 | 188.70 | | 657,919.83 |
| 07/15/08 | | Transfer to Acct #*******4235 | Bank Funds Transfer | 9999-000 | | | 630,919.83 |
| 07/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.350 | 1270-000 | 190.65 | | 631,110.48 |
| 08/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.350 | 1270-000 | 187.09 | | 631,297.57 |
| 09/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.350 | 1270-000 | 181.11 | | 631,478.68 |
| 10/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.300 | 1270-000 | 168.22 | | 631,646.90 |
| 11/28/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.300 | 1270-000 | 155.32 | | 631,802.22 |
| 12/16/08 | | Transfer to Acct #*******4235 | Bank Funds Transfer | 9999-000 | | 112,000.00 | 519,802.22 |
| 12/22/08 | | | Bank Funds Transfer | 9999-000 | | 168,000.00 | 351,802.22 |
| 12/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 90.93 | | 351,893.15 |
| 01/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 8.96 | | 351,902.11 |
| 02/11/09 | 000202 | INTERNATIONAL SURETIES, LTD. | TRUSTEE BOND | 2300-000 | | 293.40 | 351,608.71 |
| | | 701 POYDRAS ST., SUITE 420 | BOND PREMIUM 2/2/09 | | | | |
| | | NEW ORLEANS, LA 70139 | | | | | |
| 02/27/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 8.10 | | 351,616.81 |
| 03/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 8.97 | | 351,625.78 |
| 04/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.070 | 1270-000 | 20.23 | | 351,646.01 |
| 05/29/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.070 | 1270-000 | 20.90 | | 351,666.91 |

LFORM27 UST Form 101-7-TDR (10/1/2010) (Page: 11)

Ver: 16.04d

FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page:  2
Exhibit 9

| Case No: | 07-05886 -SPS |
|---|---|
| Case Name: | SHETHI, SHATISH M |
| | SHETHI, ELIZA |
| Taxpayer ID No: | *******6572 |
| For Period Ending: | 10/27/11 |

| Trustee Name: | GUS A. PALOIAN, TRUSTEE |
|---|---|
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******4109 Money Market Account (Interest Earn |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 06/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.070 | 1270-000 | 20.24 | | 351,687.15 |
| 07/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.070 | 1270-000 | 20.91 | | 351,708.06 |
| 08/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.070 | 1270-000 | 20.91 | | 351,728.97 |
| 09/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.070 | 1270-000 | 20.24 | | 351,749.21 |
| 10/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.070 | 1270-000 | 20.91 | | 351,770.12 |
| 11/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.070 | 1270-000 | 20.24 | | 351,790.36 |
| 12/04/09 | | Transfer to Acct #*******4235 | Bank Funds Transfer | 9999-000 | | 58,000.00 | 293,790.36 |
| 12/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.070 | 1270-000 | 17.80 | | 293,808.16 |
| 01/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.070 | 1270-000 | 17.46 | | 293,825.62 |
| 02/05/10 | 000203 | INTERNATIONAL SURETIES, LTD. | TRUSTEE BOND | 2300-000 | | 250.26 | 293,575.36 |
| | | | BLANKET BOND DISBURSEMENT | | | | |
| 02/26/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.070 | 1270-000 | 15.77 | | 293,591.13 |
| 03/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.070 | 1270-000 | 17.46 | | 293,608.59 |
| 04/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.070 | 1270-000 | 16.89 | | 293,625.48 |
| 05/28/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.070 | 1270-000 | 17.45 | | 293,642.93 |
| 06/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.070 | 1270-000 | 16.90 | | 293,659.83 |
| 07/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.070 | 1270-000 | 17.46 | | 293,677.29 |
| 08/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.070 | 1270-000 | 17.46 | | 293,694.75 |
| 09/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.070 | 1270-000 | 16.90 | | 293,711.65 |
| 10/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.070 | 1270-000 | 17.46 | | 293,729.11 |
| 11/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.070 | 1270-000 | 16.91 | | 293,746.02 |
| 12/22/10 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 11.83 | | 293,757.85 |
| 12/22/10 | | Transfer to Acct #*******4235 | Final Posting Transfer | 9999-000 | | 293,757.85 | 0.00 |

LFORM24™UST Form 101-7-TDR (10/1/2010) (Page: 12)

Ver. 16.04d

Page: 3

Exhibit 9

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 07-05886 -SPS |
| Case Name: | SHETHI, SHATISH M |
| | SHETHI, ELIZA |
| Taxpayer ID No: | *******6572 |
| For Period Ending: | 10/27/11 |

| Trustee Name: | GUS A. PALOIAN, TRUSTEE |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******4109  Money Market Account (Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Account  *******4109

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | Balance Forward | | 0.00 | | |
| | | | 4  Deposits | | 656,634.91 | 3  Checks | 1,125.64 |
| | | | 37  Interest Postings | | 3,248.58 | 0  Adjustments Out | 0.00 |
| | | | | | | 5  Transfers Out | 658,757.85 |
| | | | Subtotal | $ | 659,883.49 | | |
| | | | 0  Adjustments In | | 0.00 | Total | $ 659,883.49 |
| | | | 0  Transfers In | | 0.00 | | |
| | | | Total | $ | 659,883.49 | | |

LFORM27 UST Form 101-7-TDR (10/1/2010) (Page: 13)

Ver: 16.04d

Page: 4
Exhibit 9

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No.: 07-05886 - SPS
Case Name: SHETHI, SHATISH M
SHETHI, ELIZA
Taxpayer ID No: *******6572
For Period Ending: 10/27/11

Trustee Name: GUS A. PALOIAN, TRUSTEE
Bank Name: BANK OF AMERICA, N.A.
Account Number / CD #: *******4235  BofA Checking Account
Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | Uniform Trans. Code | 5 Deposits ($) | 6 Disbursements ($) | 7 Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/15/08 | | Transfer from Acct #******4109 | Bank Funds Transfer | 9999-000 | 27,000.00 | | 27,000.00 |
| 07/15/08 | 002001 | SEYFARTH SHAW LLP | ATTORNEY FEES & EXPENSES FIRST INTERIM FEE APPLICATION PER COURT ORDER DATED 11/26/07 | | | 25,654.91 | 1,345.09 |
| | | | Fees            25,532.00 | 3110-000 | | | |
| | | | Expenses           122.91 | 3120-000 | | | |
| 12/16/08 | | Transfer from Acct #******4109 | Bank Funds Transfer | 9999-000 | 112,000.00 | | 113,345.09 |
| 12/16/08 | 002002 | SEYFARTH SHAW LLP | PROFESSIONAL COMPENSATION PAYMENT OF SECOND INTERIM FEES PURSUANT TO COURT ORDER DATED 12/15-08 | | | 109,207.34 | 4,137.75 |
| | | | Fees          107,289.00 | 3110-000 | | | |
| | | | Expenses          1,918.34 | 3120-000 | | | |
| 12/22/08 | | Transfer from Acct #******4109 | Bank Funds Transfer | 9999-000 | 168,000.00 | | 172,137.75 |
| 12/22/08 | 002003 | SATISH SHETHI AND ELIZA SHETHI | SETTLEMENT PURSUANT TO COURT ORDER DATED 12/10/08 | 8100-002 | | 171,200.24 | 937.51 |
| 12/04/09 | | Transfer from Acct #******4109 | Bank Funds Transfer | 9999-000 | 58,000.00 | | 58,937.51 |
| 12/04/09 | 002004 | SEYFARTH SHAW LLP | ATTORNEY FEES & EXPENSES PURSUANT TO COURT ORDER DATED 12/02/2009 | | | 30,560.28 | 28,377.23 |
| | | | Fees           29,183.50 | 3110-000 | | | |
| | | | Expenses          1,376.78 | 3120-000 | | | |
| 12/04/09 | 002005 | GUS A. PALOIAN, TRUSTEE | TRUSTEE COMPENSATION PURSUANT TO COURT ORDER DATED 12/02/09 | 2100-000 | | 27,672.26 | 704.97 |
| 12/22/10 | | Transfer from Acct #******4109 | Transfer In From MMA Account | 9999-000 | 293,757.85 | | 294,462.82 |
| 12/22/10 | 002006 | Gus A. Paloian, Trustee 131 S. DEARBORN STREET SUITE 2400 | Trustee Compensation | 2100-000 | | 9.59 | 294,453.23 |

Ver: 16.04d

Page: 5
Exhibit 9

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 07-05886 -SPS
Case Name: SHETHI, SHATISH M
SHETHI, ELIZA
Taxpayer ID No: ******6572
For Period Ending: 10/27/11

Trustee Name: GUS A. PALOIAN, TRUSTEE
Bank Name: BANK OF AMERICA, N.A.
Account Number / CD #: ******4235  BofA Checking Account

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | Uniform Trans. Code | 5 Deposits ($) | 6 Disbursements ($) | 7 Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| 12/22/10 | 002007 | CHICAGO, ILLINOIS 60603 SEYFARTH SHAW LLP | Claim ATTY 4, Payment 100.00000% ATTORNEY FEES & EXPENSES Fees 16,194.00 Expenses 139.30 | 3110-000 3120-000 | | 16,333.30 | 278,119.93 |
| 12/22/10 | 002008 | POPOWCER KATTEN, LTD. | Claim PROF FEE, Payment 100.00000% PROFESSIONAL COMPENSATION FOR ACCOUNTING SERVICES FROM JUNE 25, 2009 THROUGH AUGUST 18, 2009 AND PREPARATION OF 2007-2008 TAX RETURNS | 3310-000 | | 1,247.00 | 276,872.93 |
| 12/22/10 | 002009 | Internal Revenue Service Centralized Insolvency Operation POB 21126 Philadelphia, PA 19114 | Claim 000004, Payment 100.00000% | 5800-000 | | 69,545.87 | 207,327.06 |
| 12/22/10 | 002010 | Ramada Worldwide Inc. c/o Forman Holt Eliades & Ravin LLC 80 Route 4 East, Ste 290 Paramus, NJ 07652 | Claim 000001, Payment 10.53821% | 7100-000 | | 34,653.68 | 172,673.38 |
| 12/22/10 | 002011 | Days Inns Worldwide Inc & Ramada Worldwide Inc c/o Daniel M Eliades Forman Holt Eliades & Ravin LLC 218 Route 17 North Rochelle Park, NJ 07662 | Claim 000002, Payment 10.53821% | 7100-000 | | 49,691.81 | 122,981.57 |
| 12/22/10 | 002012 | Discover Bank/Discover Financial Services PO Box 3025 New Albany, OH 43054-3025 | Claim 000003, Payment 10.53680% | 7100-000 | | 20.10 | 122,961.47 |
| 12/22/10 | 002013 | Discover Bank/Discover Financial Services PO Box 3025 New Albany, OH 43054-3025 | Claim 000005, Payment 10.53816% | 7100-000 | | 996.22 | 121,965.25 |
| 12/22/10 | 002014 | HNB National Bank successor to 'Hannibal National Bank | Claim 000007, Payment 10.53822% | 7100-000 | | 43,275.71 | 78,689.54 |

Page: 6
Exhibit 9

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 07-05886 -SPS
Case Name: SHETHI, SHATISH M
SHETHI, ELIZA
Taxpayer ID No: *******6572
For Period Ending: 10/27/11

Trustee Name: GUS A. PALOIAN, TRUSTEE
Bank Name: BANK OF AMERICA, N.A.
Account Number / CD #: *******4235  BofA Checking Account

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | 5 Uniform Trans. Code | 5 Deposits ($) | 6 Disbursements ($) | 7 Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| 12/22/10 | 002015 | HNB National Bank successor to Hannibal National Bank C/O Edward P Freud esq 222 N. La Salle Street Suite 700 Chicago , ILLinois 60601 | Claim 000008, Payment 10.53822% | 7100-000 | | 5,206.23 | 73,483.31 |
| 12/22/10 | 002016 | UNITED CENTRAL BANK Successor to MUTUAL BANK 16540 SOUTH HASLTED STREET HARVEY, IL 60426 C/O Edward P Freud esq 222 N. La Salle Street Suite 700 Chicago , ILLinois 60601 | Claim 000009, Payment 10.53821% | 7100-000 | | 73,483.31 | 0.00 |

Account *******4235

|  | | | | |
|---|---|---|---|---|
| Balance Forward | | | | 658,757.85 |
| 0 | Deposits | 0.00 | 16 | Checks |
| 0 | Interest Postings | 0.00 | 0 | Adjustments Out |
| | Subtotal | $ 0.00 | 0 | Transfers Out |
| 0 | Adjustments In | 0.00 | | Total |
| 5 | Transfers In | 658,757.85 | | |
| | Total | $ 658,757.85 | | |

Disbursements column totals:
658,757.85
0.00
0.00
Total $ 658,757.85

Ver. 16.04d

Page: 7

Exhibit 9

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No:              07-05886 -SPS
Case Name:            SHETHI, SHATISH M
                      SHETHI, ELIZA
Taxpayer ID No:       *******6572
For Period Ending:    10/27/11

Trustee Name:         GUS A. PALOIAN, TRUSTEE
Bank Name:            BANK OF AMERICA, N.A.
Account Number / CD #: ******4235  BofA Checking Account

Blanket Bond (per case limit):     $  5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Report Totals

| | | | Description | | Count | Amount | Balance |
|---|---|---|---|---|---|---|---|
| | | | Balance Forward | | | 0.00 | |
| | | | Deposits | 4 | 656,634.91 | 19 Checks | 659,883.49 |
| | | | Interest Postings | 37 | 3,248.58 | 0 Adjustments Out | 0.00 |
| | | | | | | 5 Transfers Out | 658,757.85 |
| | | | Subtotal | | $ 659,883.49 | | |
| | | | Adjustments In | 0 | 0.00 | Total | $ 1,318,641.34 |
| | | | Transfers In | 5 | 658,757.85 | | |
| | | | Total | | $ 1,318,641.34 | Net Total Balance | $ 0.00 |

LFORM27 UST Form 101-7-TDR (10/1/2010) (Page: 17)

**Bank of America**

CUSTOMER CONNECTION
BANK OF AMERICA, N.A.
DALLAS, TEXAS  75283-2406

Account Number     3758784235
01 01 148 06 M0000 E#        0
Last Statement:  09/30/2011
This Statement:  10/31/2011

CLOSED

**Customer Service**
1-877-757-8233

Page      1 of     2

Bankruptcy Case Number:0705886

ESTATE OF
SHETHI, SATISH, DEBTOR
SHETHI, ELIZA, DEBTOR
GUS A. PALOIAN - TRUSTEE
07-05886
C/O GLOBAL GOVERNMENT BANKING
***** TX1-492-08-16 *****

# SPECIAL MARKETS CHECKING ACCOUNT

## Account Summary Information

| | | |
|---|---|---|
| Statement Period 10/01/2011 - 10/31/2011 | Statement Beginning Balance | .00 |
| Number of Deposits/Credits            0 | Amount of Deposits/Credits | .00 |
| Number of Checks                      0 | Amount of Checks | .00 |
| Number of Other Debits                0 | Amount of Other Debits | .00 |
| | Statement Ending Balance | .00 |
| Number of Enclosures                  0 | | |
| | Service Charge | .00 |

### Daily Balances

| Date | Ledger Balance | Collected Balance | Date | Ledger Balance | Collected Balance |
|------|----------------|-------------------|------|----------------|-------------------|
| 09/30 | .00 | .00 | 10/31 | .00 | .00 |

Recycled Paper

*111019993*
02/14/2008
3499520620  04/26/2006  001

This is a LEGAL COPY of your
check. You can use it the same
way you would use the original
check

*6795509*
*1*
*2642*
*06167*

TRUSTEE BOND
BLANKET BOND DISBURSEMENT

BANK OF AMERICA, N.A.

GUS A. PALOIAN, TRUSTEE
131 S. DEARBORN
SUITE 2400
CHICAGO, IL  60603

CUSTOMER CONNECTION
32-1-1110 TX
0

CHECK NUMBER
201

| DATE | AMOUNT |
|------|--------|
| 02/07/08 | *********581.98 |

1482483

PAY TO THE ORDER OF

INTERNATIONAL SURETIES, LTD.

| CASE NUMBER | | ESTATE OF |
|---|---|---|
| 07-05886 | SPS | Debtor: SHETH, SATISH |
| | | Joint Debtor: SHETH, ELIZA |

Five Hundred Eighty One Dollars And 98/100

RECEIVER, TRUSTEE, DEBTOR IN POSSESSION ASSIGNEE
THIS CHECK VOID AFTER 90 DAYS

⑈"000 201"⑈ ⑈:111000012: 3758784109"⑈ ⑈"0000058198"⑈

⑈"000 201"⑈ ⑆:111000012: "3758784109"⑈ ⑆"0000058198"⑈

---

*111019993*
02/26/2009
8892802298  02/25/2009  009

This is a LEGAL COPY of your
check. You can use it the same
way you would use the original
check

*1425*
*03540*

TRUSTEE BOND
BOND PREMIUM 2/2/09

BANK OF AMERICA, N.A.

GUS A. PALOIAN, TRUSTEE
131 S. DEARBORN
SUITE 2400
CHICAGO, IL  60603

CUSTOMER CONNECTION
32-1-1110 TX
0

CHECK NUMBER
202

| DATE | AMOUNT |
|------|--------|
| 02/11/09 | *********293.40 |

2083094

PAY TO THE ORDER OF

INTERNATIONAL SURETIES, LTD.
701 POYDRAS ST., SUITE 420
NEW ORLEANS, LA 70139

| CASE NUMBER | | ESTATE OF |
|---|---|---|
| 07-05886 | SPS | Debtor: SHETH, SATISH |
| | | Joint Debtor: SHETH, ELIZA |

Two Hundred Ninety Three Dollars And 40/100

RECEIVER, TRUSTEE, DEBTOR IN POSSESSION ASSIGNEE
THIS CHECK VOID AFTER 90 DAYS

⑈"000 202"⑈ ⑈:111000012: 3758784109"⑈ ⑈"0000029340"⑈

⑈"000 202"⑈ ⑆:111000012: "3758784109"⑈ ⑆"0000029340"⑈

---

*111019993*
07/17/2008
5892934436

Alternate Region 4F Legend

*69814280*
*1*
*3179*
*06204*

ATTORNEY FEES & EXPENSES
FIRST INTERIM FEE APPLICATION PER
COURT ORDER DATED 11/26/07

BANK OF AMERICA, N.A.

GUS A. PALOIAN, TRUSTEE
131 S. DEARBORN
SUITE 2400
CHICAGO, IL  60603

CUSTOMER CONNECTION
32-1-1110 TX
0

CHECK NUMBER
2001

| DATE | AMOUNT |
|------|--------|
| 07/15/08 | *****25,654.91 |

0004

2083048

PAY TO THE ORDER OF

SEYFARTH SHAW LLP

| CASE NUMBER | | ESTATE OF |
|---|---|---|
| 07-05886 | SPS | Debtor: SHETH, SATISH |
| | | Joint Debtor: SHETH, ELIZA |

Twenty Five Thousand Six Hundred Fifty Four Dollars And 91/100

RECEIVER, TRUSTEE, DEBTOR IN POSSESSION ASSIGNEE
THIS CHECK VOID AFTER 90 DAYS

⑈"00 2001"⑈ ⑈:111000012: 3758784235"⑈ ⑈"000256549"⑈

⑈"00 2001"⑈ ⑆:111000012: "3758784235"⑈ ⑆"000256549"⑈



↓Do not endorse or write below this line↓

↓Do not endorse or write below this line↓

↓Do not endorse or write below this line↓

This is a LEGAL COPY of your check. You can use it the same way you would use the original check

PROFESSIONAL COMPENSATION
PAYMENT OF SECOND INTERIM FEES
PURSUANT TO COURT ORDER DATED
12/15-08

GUS A. PALOIAN, TRUSTEE
131 S. DEARBORN
SUITE 2400
CHICAGO, IL 60603

**BANK OF AMERICA, N.A.**

CUSTOMER CONNECTION
32-1/1110 TX

CHECK NUMBER
**2002**

DATE 12/16/08   AMOUNT *****109,207.34

2083078

PAY TO THE ORDER OF

SEYFARTH SHAW LLP

| CASE NUMBER | | ESTATE OF |
|---|---|---|
| 07-05886 | SPS | Debtor: SHETHI, SATISH |
| | | Joint Debtor: SHETHI, ELIZA |

One Hundred Nine Thousand Two Hundred Seven Dollars And 34/100

RECEIVER/TRUSTEE/ DEBTOR IN POSSESSION/ASSIGNEE
THIS CHECK VOID AFTER 90 DAYS

*31293613*
*1*
*1886*
*02797*

⑆00 200 2⑆ ⑈111 0000 12⑈ 3758 784 235⑆

---

⑆00 200 2⑆ ⑉⑈111 0000 12⑈ ⑆3758 784 235⑈ ⑆0010 920 734⑈

SETTLEMENT
PURSUANT TO COURT ORDER DATED
12/10/08

GUS A. PALOIAN, TRUSTEE
131 S. DEARBORN
SUITE 2400
CHICAGO, IL 60603

**BANK OF AMERICA, N.A.**

CUSTOMER CONNECTION
32-1/1110 TX

CHECK NUMBER
**2003**

DATE 12/22/08   AMOUNT *****171,200.24

2083079

PAY TO THE ORDER OF

SATISH SHETHI AND ELIZA SHETHI

| CASE NUMBER | | ESTATE OF |
|---|---|---|
| 07-05886 | SPS | Debtor: SHETHI, SATISH |
| | | Joint Debtor: SHETHI, ELIZA |

One Hundred Seventy One Thousand Two-Hundred Dollars And 24/100

RECEIVER/TRUSTEE/ DEBTOR IN POSSESSION/ASSIGNEE
THIS CHECK VOID AFTER 90 DAYS

⑆00 2003⑆ ⑈111 0000 12⑈ 3758 784 235⑆

---

*111019993*
12/05/2009
6382614251

This is a LEGAL COPY of your check. You can use it the same way you would use the original check

ATTORNEY FEES & EXPENSES
PURSUANT TO COURT ORDER DATED
12/02/2009

GUS A. PALOIAN, TRUSTEE
131 S. DEARBORN
SUITE 2400
CHICAGO, IL 60603

**BANK OF AMERICA, N.A.**

CUSTOMER CONNECTION
32-1/1110 TX

CHECK NUMBER
**2004**

DATE 12/04/09   AMOUNT *****30,560.28

2083155

PAY TO THE ORDER OF

SEYFARTH SHAW LLP

| CASE NUMBER | | ESTATE OF |
|---|---|---|
| 07-05886 | SPS | Debtor: SHETHI, SATISH |
| | | Joint Debtor: SHETHI, ELIZA |

Thirty Thousand Five Hundred Sixty Dollars And 28/100

RECEIVER/TRUSTEE/ DEBTOR IN POSSESSION/ASSIGNEE
THIS CHECK VOID AFTER 90 DAYS

*20527990*
*1*
*395*
*00396*

⑆00 2004⑆ ⑈111 0000 12⑈ 3758 784 235⑆

---

⑆00 2004⑆ ⑉⑈111 0000 12⑈ ⑆3758 784 235⑈ ⑆00030 560 28⑈





*111019993*
12/04/2009
6382614250

This is a LEGAL COPY of your
check. You can use it it the same
way you would use the original
check

*20527990*
*1*
*1273*
*01478*

TRUSTEE COMPENSATION
PURSUANT TO COURT ORDER DATED
12/02/09

**BANK OF AMERICA, N.A.**

CUSTOMER CONNECTION
32-1/1110 TX

CHECK NUMBER
**2005**

GUS A. PALOIAN, TRUSTEE
131 S. DEARBORN
SUITE 2400
CHICAGO, IL  60603

| DATE | AMOUNT |
|------|--------|
| 12/04/09 | ******27,672.26 |

**2083156**

PAY TO THE ORDER OF

GUS A. PALOIAN, TRUSTEE

| CASE NUMBER | | ESTATE OF |
|---|---|---|
| 07-05886 | SPS | Debtor: SHETHI, SATISH |
| | | Joint Debtor: SHETHI, ELIZA |

*Twenty Seven Thousand Six Hundred Seventy Two Dollars And*
26/100

RECEIVER/TRUSTEE/ DEBTOR IN POSSESSION/ASSIGNEE
THIS CHECK VOID AFTER 90 DAYS

⑈00 2005⑈ ⑆1110000⑆ 3758784235⑈

⑈00 2005⑈ ⑆1110000⑆ ⑈3758784235⑈ ⑈0002767226⑈

---

*111019993*
12/24/2010
6182521545

This is a LEGAL COPY of your
check. You can use it it the same
way you would use the original
check

*60726217*
*1*
*3155*
*00003-00311*

Trustee Compensation

**BANK OF AMERICA, N.A.**

CUSTOMER CONNECTION
32-1/1110 TX

CHECK NUMBER
**2006**

GUS A. PALOIAN, TRUSTEE
131 S. DEARBORN
SUITE 2400
CHICAGO, IL  60603

| DATE | AMOUNT |
|------|--------|
| 12/22/10 | ***********9.59 |

**2083314**

PAY TO THE ORDER OF

Gus A. Paloian, Trustee
131 S. DEARBORN STREET
SUITE 2400
CHICAGO, ILLINOIS 60603

| CASE NUMBER | | ESTATE OF |
|---|---|---|
| 07-05886 | SPS | Debtor: SHETHI, SHATISH M |
| | | Joint Debtor: SHETHI, ELIZA |

*Nine Dollars and 59/100*

RECEIVER/TRUSTEE/ DEBTOR IN POSSESSION/ASSIGNEE
THIS CHECK VOID AFTER 90 DAYS

⑈00 2006⑈ ⑆1110000⑆ 3758784235⑈

⑈00 2006⑈ ⑆1110000⑆ ⑈3758784235⑈ ⑈0000000959⑈

---

*111019993*
12/24/2010
6182521543

This is a LEGAL COPY of your
check. You can use it it the same
way you would use the original
check

*60726217*
*1*
*923*
*00001-00847*

Claim ATTY 4, Payment 100.00000%
ATTORNEY FEES & EXPENSES

**BANK OF AMERICA, N.A.**

CUSTOMER CONNECTION
32-1/1110 TX

CHECK NUMBER
**2007**

GUS A. PALOIAN, TRUSTEE
131 S. DEARBORN
SUITE 2400
CHICAGO, IL  60603

| DATE | AMOUNT |
|------|--------|
| 12/22/10 | ******16,333.30 |

**2083315**

PAY TO THE ORDER OF

SEYFARTH SHAW LLP

| CASE NUMBER | | ESTATE OF |
|---|---|---|
| 07-05886 | SPS | Debtor: SHETHI, SHATISH M |
| | | Joint Debtor: SHETHI, ELIZA |

*Sixteen Thousand Three Hundred Thirty Three Dollars And 30/100*

RECEIVER/TRUSTEE/ DEBTOR IN POSSESSION/ASSIGNEE
THIS CHECK VOID AFTER 90 DAYS

⑈00 2007⑈ ⑆1110000⑆ 3758784235⑈

⑈00 2007⑈ ⑆1110000⑆ ⑈3758784235⑈ ⑈0016333330⑈



*111019993*
12/24/2010
6182521546

This is a LEGAL COPY of your check. You can use it the same way you would use the original check

*60726217*
*1*
*1782*
*00006-00229*

Claim PROF FEE, Payment 100.00000%
PROFESSIONAL COMPENSATION
FOR ACCOUNTING SERVICES FROM JUNE
25, 2009 THROUGH AUGUST 18, 2009 AND
PREPARATION OF 2007-2008 TAX
RETURNS

GUS A. PALOIAN, TRUSTEE
SUITE 2400
CHICAGO, IL 60603

**BANK OF AMERICA, N.A.**

CHECK NUMBER
2008

CUSTOMER CONNECTION
32-1/110 TX

| DATE | AMOUNT |
|------|--------|
| 12/22/10 | *******1,247.00 |

| CASE NUMBER | | ESTATE OF |
|---|---|---|
| 07-05886 | SPS | Debtor: SHETHI, SHATISH M |
| | | Joint Debtor: SHETHI, ELIZA |

2083316

PAY TO THE ORDER OF
POPOWCER KATTEN, LTD.

*One Thousand Two Hundred Forty Seven Dollars And 00/100*

_Gus A Paloian_

RECEIVER/TRUSTEE/DEBTOR IN POSSESSION/ASSIGNEE
THIS CHECK VOID AFTER 90 DAYS

⑈002008⑈ ⑆111000012⑆ 3758784235⑈

⑈002008⑈ ⑆111000012⑆ 3758784235⑈ ⑈0000124700⑈

---

*111019993*
12/31/2010
5992255380

This is a LEGAL COPY of your check. You can use it the same way you would use the original check

*44054799*
*1*
*1647*
*00004-00695*

Claim 000004, Payment 100.00000%    5-10

GUS A. PALOIAN, TRUSTEE
131 S. DEARBORN
SUITE 2400
CHICAGO, IL 60603

**BANK OF AMERICA, N.A.**

CHECK NUMBER
2009

CUSTOMER CONNECTION
32-1/1112 TX
2

| DATE | AMOUNT |
|------|--------|
| 12/22/10 | ******69,545.87 |

| CASE NUMBER | | ESTATE OF |
|---|---|---|
| 07-05886 | SPS | Debtor SHETHI, SHATISH M |
| | | Joint Debtor SHETHI, ELIZA |

2083317

PAY TO THE ORDER OF
Internal Revenue Service
Centralized Insolvency Operation
POB 21126
Philadelphia, PA 19114

*Sixty Nine Thousand Five Hundred Forty Five Dollars And 87/100*

_Gus A Paloian_

RECEIVER TRUSTEE, DEBTOR IN POSSESSION ASSIGNEE
THIS CHECK VOID AFTER 90 DAYS

⑈002009⑈ ⑆111000012⑆ 3758784235⑈

⑈002009⑈ ⑆111000012⑆ 3758784235⑈ ⑈0006954587⑈

---

*111019993*
02/01/2011
7692255324

This is a LEGAL COPY of your check. You can use it the same way you would use the original check

*77857557*
*1*
*2756*
*00009-00275*

Claim 000001, Payment 10.53821%

GUS A. PALOIAN, TRUSTEE
131 S. DEARBORN
SUITE 2400
CHICAGO, IL 60603

**BANK OF AMERICA, N.A.**

CHECK NUMBER
2010

CUSTOMER CONNECTION
32-1/110 TX
0

| DATE | AMOUNT |
|------|--------|
| 12/22/10 | ******34,653.68 |

| CASE NUMBER | | ESTATE OF |
|---|---|---|
| 07-05886 | SPS | Debtor: SHETHI, SHATISH M |
| | | Joint Debtor: SHETHI, ELIZA |

2083318

PAY TO THE ORDER OF
Ramada Worldwide Inc.
c/o Forman Holt Eliades & Ravin LLC
80 Route 4 East, Ste 290
Paramus, NJ 07652

*Thirty Four Thousand Six Hundred Fifty Three Dollars And* 68/100

_Gus A Paloian_

RECEIVER/TRUSTEE/ DEBTOR IN POSSESSION/ASSIGNEE
THIS CHECK VOID AFTER 90 DAYS

Sue #01130-90812-03-RAM

⑈002010⑈ ⑆111000012⑆ 3758784235⑈

⑈002010⑈ ⑆111000012⑆ 3758784235⑈ ⑈0003465368⑈



FRB CLEVELAND
> 041036059 <
PCC OTC
12/29/2010



---

**Check 1 (2011)**

This is a LEGAL COPY of your check. You can use it the same way you would use the original check

*111019993*
02/01/2011
7612000141063

*77857557*
*1*
*337*
*00001-00675*

BANK OF AMERICA, N.A.    CHECK NUMBER
CUSTOMER CONNECTION    2011
22-1/1110 TX

GUS A. PALOIAN, TRUSTEE
131 S. DEARBORN
SUITE 2400
CHICAGO, IL 60603

DATE    AMOUNT
12/22/10    ******49,691.81

2083319
PAY TO THE ORDER OF

CASE NUMBER    ESTATE OF
07-05886    SPS    Debtor: SHETHI, SHATISH M
Joint Debtor: SHETHI, ELIZA

Days Inns Worldwide Inc & Ramada Worldwide Inc
c/o Daniel M Eliades
Forman Holt Eliades & Ravin LLC
218 Route 17 North
Rochelle Park, NJ 07662

Forty Nine Thousand Six Hundred Ninety One Dollars And 81/100

Site# 01130-90812-03-RAM

RECEIVER/TRUSTEE/DEBTOR IN POSSESSION/ASSIGNEE
THIS CHECK VOID AFTER 90 DAYS

"002011"  4:111000012:  3758784235"

"002011"  4:111000012:       "3758784235"  "0004969181"

---

**Check 2 (2012)**

*111019993*
12/29/2010
8892841757

This is a LEGAL COPY of your check. You can use it the same way you would use the original check

*45033855*
*1*
*1976*
*00004-00353*

BANK OF AMERICA, N.A.    CHECK NUMBER
CUSTOMER CONNECTION    2012
22-1/1110 TX

GUS A. PALOIAN, TRUSTEE
131 S. DEARBORN
SUITE 2400
CHICAGO, IL 60603

DATE    AMOUNT
12/22/10    **********20.10

007860613834

2083320
PAY TO THE ORDER OF

CASE NUMBER    ESTATE OF
07-05886    SPS    Debtor: SHETHI, SHATISH M
Joint Debtor: SHETHI, ELIZA

Discover Bank/Discover Financial Services
PO Box 3025
New Albany, OH 43054-3025

Twenty Dollars And 10/100

RECEIVER/TRUSTEE/DEBTOR IN POSSESSION/ASSIGNEE
THIS CHECK VOID AFTER 90 DAYS

"002012"  4:111000012:  3758784235"

"002012"  4:111000012:       "3758784235"  "000000 2010"

---

**Check 3 (2013)**

*111019993*
12/29/2010
8892741353

This is a LEGAL COPY of your check. You can use it the same way you would use the original check

*45033855*
*1*
*2757*
*00004-00915*

BANK OF AMERICA, N.A.    CHECK NUMBER
CUSTOMER CONNECTION    2013
22-1/1110 TX

GUS A. PALOIAN, TRUSTEE
131 S. DEARBORN
SUITE 2400
CHICAGO, IL 60603

DATE    AMOUNT
12/22/10    **********996.22

300043325917

2083321
PAY TO THE ORDER OF

CASE NUMBER    ESTATE OF
07-05886    SPS    Debtor: SHETHI, SHATISH M
Joint Debtor: SHETHI, ELIZA

Discover Bank/Discover Financial Services
PO Box 3025
New Albany, OH 43054-3025

Nine Hundred Ninety Six Dollars And 22/100

RECEIVER/TRUSTEE/DEBTOR IN POSSESSION/ASSIGNEE
THIS CHECK VOID AFTER 90 DAYS

"002013"  4:111000012:  3758784235"

"002013"  4:111000012:       "3758784235"  "000000996 22"







*111019993*
01/08/2011
6395650012

This is a LEGAL COPY of your check. You can use it the same way you would use the original check

Claim 000007, Payment 10.53822%

**BANK OF AMERICA, N.A.**

CHECK NUMBER

**2014**

GUS A. PALOIAN, TRUSTEE
131 S. DEARBORN
SUITE 2400
CHICAGO, IL 60603

CUSTOMER CONNECTION
32-1/1110 TX
0

| DATE | AMOUNT |
|---|---|
| 12/22/10 | ******43,275.71 |

2083322

PAY TO THE ORDER OF

HNB National Bank successor to
Hannibal National Bank
C/O Edward F Freud esq
222 N. La Salle Street Suite 700
Chicago , ILLinois 60601

| CASE NUMBER | | ESTATE OF |
|---|---|---|
| 07-05886 | SPS | Debtor: SHETH, SHATISH M |
| | | Joint Debtor: SHETH, ELIZA |

*Forty Three Thousand Two Hundred Seventy Five Dollars And*
71/100

RECEIVER/TRUSTEE/ DEBTOR IN POSSESSION/ASSIGNEE
THIS CHECK VOID AFTER 90 DAYS

*9704696*
*1*
*1255*
*00003-00911*

⑈002014⑈ ⑆111000012⑈ 3758784235⑈

⑈002014⑈ ⑆111000012⑆ ⑈3758784235⑈ ⑈0004327571⑈

---

*111019993*
01/08/2011
6395650012

This is a LEGAL COPY of your check. You can use it the same way you would use the original check

Claim 000008, Payment 10.53822%

**BANK OF AMERICA, N.A.**

CHECK NUMBER

**2015**

GUS A. PALOIAN, TRUSTEE
131 S. DEARBORN
SUITE 2400
CHICAGO, IL 60603

CUSTOMER CONNECTION
32-1/1110 TX
0

| DATE | AMOUNT |
|---|---|
| 12/22/10 | *******5,206.23 |

2083323

PAY TO THE ORDER OF

HNB National Bank successor to
Hannibal National Bank
C/O Edward F Freud esq
222 N. La Salle Street Suite 700
Chicago , ILLinois 60601

| CASE NUMBER | | ESTATE OF |
|---|---|---|
| 07-05886 | SPS | Debtor: SHETH, SHATISH M |
| | | Joint Debtor: SHETH, ELIZA |

*Five Thousand Two Hundred Six Dollars And 23/100*

RECEIVER/TRUSTEE/ DEBTOR IN POSSESSION/ASSIGNEE
THIS CHECK VOID AFTER 90 DAYS

*9704696*
*1*
*686*
*00003-00773*

⑈002015⑈ ⑆111000012⑈ 3758784235⑈

⑈002015⑈ ⑆111000012⑆ ⑈3758784235⑈ ⑈0005206 23⑈

---

*111019993*
01/05/2011
8992578510

This is a LEGAL COPY of your check. You can use it the same way you would use the original check

Claim 000009, Payment 10.53821%

**BANK OF AMERICA, N.A.**

CHECK NUMBER

**2016**

GUS A. PALOIAN, TRUSTEE
131 S. DEARBORN
SUITE 2400
CHICAGO, IL 60603

CUSTOMER CONNECTION
32-1/1110 TX
0

| DATE | AMOUNT |
|---|---|
| 12/22/10 | ******73,483.31 |

2083324

PAY TO THE ORDER OF

UNITED CENTRAL BANK
Successor to MUTUAL BANK
16540 SOUTH HASLTED STREET
HARVEY, IL 60426

| CASE NUMBER | | ESTATE OF |
|---|---|---|
| 07-05886 | SPS | Debtor: SHETH, SHATISH M |
| | | Joint Debtor: SHETH, ELIZA |

*Seventy Three Thousand Four Hundred Eighty Three Dollars And*
31/100

RECEIVER/TRUSTEE/ DEBTOR IN POSSESSION/ASSIGNEE
THIS CHECK VOID AFTER 90 DAYS

*48379995*
*1*
*3127*
*00003-00255*

⑈002016⑈ ⑆111000012⑈ 3758784235⑈

⑈002016⑈ ⑆111000012⑆ ⑈3758784235⑈ ⑈0007348331⑈







>111914852<
United Central Bank
2011-01-04
7506294203