**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 07-05886-SPS |
| | § | |
| SHATISH M SHETHI | § | |
| ELIZA SHETHI | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

Gus A. Paloian, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $169,876.85 | Assets Exempt: | $162,435.45 |
| Total Distributions to Claimants: | $276,872.93 | Claims Discharged Without Payment: | $1,966,556.18 |
| Total Expenses of Administration: | $211,810.32 | | |

3) Total gross receipts of $659,883.49 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $171,200.24 (see **Exhibit 2**), yielded net receipts of $488,683.25 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (5/1/2011)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $224,000.00 | $14,750.48 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin Fees and Charges (from **Exhibit 4**) | NA | $33,611.82 | $33,611.82 | $211,810.32 |
| Prior Chapter Admin Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $275,000.00 | $69,545.87 | $69,545.87 | $69,545.87 |
| General Unsecured Claims (from **Exhibit 7**) | $2,826,877.47 | $7,400,080.01 | $1,967,383.24 | $207,327.06 |
| **Total Disbursements** | $3,325,877.47 | $7,517,988.18 | $2,070,540.93 | $488,683.25 |

4). This case was originally filed under chapter 7 on 04/02/2007. The case was pending for 57 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 06/28/2012           By:   /s/ Gus A. Paloian
                                   Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (5/1/2011)**

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT RECEIVED |
|---|---|---|
| INTEREST IN INSURANCE POLICIES | 1229-000 | $51,999.84 |
| INTEREST IN INSURANCE POLICIES | 1229-000 | $124,413.73 |
| INTEREST IN INSURANCE POLICIES | 1229-000 | $217,986.75 |
| INTEREST IN INSURANCE POLICIES | 1229-000 | $262,234.59 |
| Interest Asset | 1270-000 | $3,248.58 |
| **TOTAL GROSS RECEIPTS** | | **$659,883.49** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT PAID |
|---|---|---|---|
| SATISH SHETHI AND ELIZA SHETHI | Exemptions | 8100-002 | $171,200.24 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$171,200.24** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 6 | HANNIBAL NATIONAL BANK | 4110-000 | NA | $14,750.48 | $0.00 | $0.00 |
| | AXA Equitable Life Insurance Center | 4110-000 | $100,000.00 | NA | $0.00 | $0.00 |
| | Chrysler Financial - Dept. #249401 | 4110-000 | $19,000.00 | NA | $0.00 | $0.00 |
| | New York Life Insurance Company | 4110-000 | $75,000.00 | NA | $0.00 | $0.00 |
| | Northwest Mutual Life | 4110-000 | $30,000.00 | NA | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | **$224,000.00** | **$14,750.48** | **$0.00** | **$0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN.CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|

**UST Form 101-7-TDR (5/1/2011)**

| | | | | | |
|---|---|---|---|---|---|
| GUS A. PALOIAN, TRUSTEE, Trustee | 2100-000 | NA | $27,681.85 | $27,681.85 | $27,681.85 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | NA | $1,125.64 | $1,125.64 | $1,125.64 |
| SEYFARTH SHAW LLP, Attorney for Trustee | 3110-000 | NA | $3,557.33 | $3,557.33 | $181,755.83 |
| POPOWCER KATTEN, LTD., Accountant for Trustee | 3310-000 | NA | $1,247.00 | $1,247.00 | $1,247.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $33,611.82 | $33,611.82 | $211,810.32 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4 | INTERNAL REVENUE SERVICE | 5800-000 | $75,000.00 | $69,545.87 | $69,545.87 | $69,545.87 |
| | Illinois Department of Revenue | 5800-000 | $100,000.00 | NA | NA | $0.00 |
| | Internal Revenue Service | 5800-000 | $100,000.00 | NA | NA | $0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $275,000.00 | $69,545.87 | $69,545.87 | $69,545.87 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | RAMADA WORLDWIDE INC. | 7100-000 | $328,838.25 | $328,838.25 | $328,838.25 | $34,653.68 |
| 2 | DAYS INNS WORLDWIDE INC & RAMADA WO | 7100-000 | $471,539.22 | $471,539.22 | $471,539.22 | $49,691.81 |
| 3 | DISCOVER BANK/DISCOVER FINANCIAL SE | 7100-000 | $5,000.00 | $190.76 | $190.76 | $20.10 |
| 5 | DISCOVER BANK/DISCOVER FINANCIAL SE | 7100-000 | $15,000.00 | $9,453.45 | $9,453.45 | $996.22 |

UST Form 101-7-TDR (5/1/2011)

| | | | | | | |
|---|---|---|---|---|---|---|
| 7 | HNB NAT' BANK, SUCC. TO HANNIBAL NB | 7100-000 | $2,000,000.00 | $2,010,655.00 | $410,655.00 | $43,275.71 |
| 8 | HNB NAT'L BANK SUCC. TO HANNIBAL NB | 7100-000 | NA | $179,403.33 | $49,403.33 | $5,206.23 |
| 9 | UNITED CENTRAL BANK SUCC. TO MUTUAL | 7100-000 | NA | $4,400,000.00 | $697,303.23 | $73,483.31 |
| | Citicard | 7100-000 | $2,500.00 | NA | NA | $0.00 |
| | Mutual Bank | 7100-000 | $4,000.00 | NA | NA | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $2,826,877.47 | $7,400,080.01 | $1,967,383.24 | $207,327.06 |

**UST Form 101-7-TDR (5/1/2011)**

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

| | | |
|---|---|---|
| **Case No.:** 07-05886-SPS | **Trustee Name:** | Gus A. Paloian |
| **Case Name:** SHETHI, SHATISH M AND SHETHI, ELIZA | **Date Filed (f) or Converted (c):** | 04/02/2007 (f) |
| **For the Period Ending:** 6/28/2012 | **§341(a) Meeting Date:** | 05/04/2007 |
| | **Claims Bar Date:** | 09/04/2007 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. DA=§ 554(c) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | INTEREST IN INSURANCE POLICIES | $200,113.17 | $167,986.75 | | $217,986.75 | FA |
| **Asset Notes:** | TURNOVER OF INSURANCE POLICY FUNDS RECEIVED FROM NORTHWESTERN MUTUAL | | | | | |
| 2 | INTEREST IN INSURANCE POLICIES | $53,069.91 | $51,999.84 | | $51,999.84 | FA |
| **Asset Notes:** | RECEIVED FROM AXA EQUITABLE REGARDING POLICY NO. 037238527 | | | | | |
| 3 | INTEREST IN INSURANCE POLICIES | $120,270.90 | $64,278.28 | | $124,413.73 | FA |
| **Asset Notes:** | RECEIVED FROM AXA EQUITABLE RE POLICY NO. 048229682 | | | | | |
| 4 | INTEREST IN INSURANCE POLICIES (u) | $0.00 | $262,234.59 | | $262,234.59 | FA |
| **Asset Notes:** | RECEIVED FROM NEW YORK LIFE INSURANCE COMPANY | | | | | |
| 5 | CASH ON HAND | $300.00 | $0.00 | DA | $0.00 | FA |
| 6 | BANK ACCOUNTS | $200.00 | $0.00 | DA | $0.00 | FA |
| **Asset Notes:** | HARRIS BANK, HOMEWOOD, IL | | | | | |
| 7 | HOUSEHOLD GOODS AND FURNISHINGS | $4,000.00 | $0.00 | DA | $0.00 | FA |
| **Asset Notes:** | MISC. HOUSEHOLD GOODS | | | | | |
| 8 | VOID (u) | Unknown | $0.00 | | $0.00 | FA |
| 9 | WEARING APPAREL | $5,000.00 | $0.00 | DA | $0.00 | FA |
| **Asset Notes:** | MISC. WEARING APPAREL | | | | | |
| 10 | JEWELRY | $1,500.00 | $0.00 | DA | $0.00 | FA |
| **Asset Notes:** | MISC. JEWELRY | | | | | |
| 11 | INTEREST IN INSURANCE POLICIES | $11,325.54 | $0.00 | DA | $0.00 | FA |
| **Asset Notes:** | AXA EQUITABLE LIFE INSURANCE, POLICY NUMBER 37217988 | | | | | |
| 12 | INTEREST IN INSURANCE POLICIES | $11,851.31 | $0.00 | DA | $0.00 | FA |
| **Asset Notes:** | AXA EQUITABLE LIFE INSURANCE, POLICY NUMBER 37217988 | | | | | |
| 13 | AUTOMOBILES AND OTHER VEHICLES | $0.00 | $0.00 | DA | $0.00 | FA |
| **Asset Notes:** | 1999 DODGE GVC | | | | | |
| 14 | AUTOMOBILES AND OTHER VEHICLES | $18,000.00 | $0.00 | DA | $0.00 | FA |
| **Asset Notes:** | 2006 DODGE CARAVAN | | | | | |
| 15 | REAL PROPERTY | Unknown | $0.00 | DA | $0.00 | FA |
| **Asset Notes:** | VACANT PARCEL AT LOT #63, BROOKTRAILS, MENDOCINO, CA | | | | | |
| 16 | REAL PROPERTY | $80,000.00 | $0.00 | DA | $0.00 | FA |
| **Asset Notes:** | 3250 W. ELY ROAD, HANNIBAL, MI | | | | | |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 2  Exhibit 8

| Case No.: | 07-05886-SPS | Trustee Name: | Gus A. Paloian |
|---|---|---|---|
| Case Name: | SHETHI, SHATISH M AND SHETHI, ELIZA | Date Filed (f) or Converted (c): | 04/02/2007 (f) |
| For the Period Ending: | 6/28/2012 | §341(a) Meeting Date: | 05/04/2007 |
| | | Claims Bar Date: | 09/04/2007 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon. DA=§ 554(c) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 17 | REAL PROPERTY | $90,000.00 | $0.00 | DA | $0.00 | FA |
| **Asset Notes:** | 401 NORTH COUNTRY CLUB DRIVE, HANNIBAL, MI | | | | | |
| 18 | STOCK AND BUSINESS INTERESTS | Unknown | $0.00 | DA | $0.00 | FA |
| **Asset Notes:** | 10% OF THE SHARES IN HOTEL CLEMMONS, LLC | | | | | |
| 19 | STOCK AND BUSINESS INTERESTS | Unknown | $0.00 | DA | $0.00 | FA |
| **Asset Notes:** | 100% IN HOMEWOOD HOTELS, INC. | | | | | |
| 20 | STOCK AND BUSINESS INTERESTS | Unknown | $0.00 | DA | $0.00 | FA |
| **Asset Notes:** | 100% OF S&S LLC | | | | | |
| 21 | STOCK AND BUSINESS INTERESTS | Unknown | $0.00 | DA | $0.00 | FA |
| **Asset Notes:** | 100% IN CP PARTNERS II | | | | | |
| 9999 | VOID | $0.00 | $0.00 | | $0.00 | $0.00 |
| INT | Interest Asset | Unknown | Unknown | | $3,248.58 | Unknown |

**TOTALS (Excluding unknown value)** | | | | | | **Gross Value of Remaining Assets**
| | | $595,630.83 | $546,499.46 | | $659,883.49 | $0.00 |

**Major Activities affecting case closing:**
The Final Account was filed on 1/10/12.

| Initial Projected Date Of Final Report (TFR): | 12/31/2009 | Current Projected Date Of Final Report (TFR): | 12/31/2010 | /s/ GUS A. PALOIAN |
|---|---|---|---|---|
| | | | | GUS A. PALOIAN |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No.: | 07-05886-SPS | Trustee Name: | Gus A. Paloian |
|---|---|---|---|
| Case Name: | SHETHI, SHATISH M AND SHETHI, ELIZA | Bank Name: | **B OF A /ASSOCIATED BANK |
| Primary Taxpayer ID #: | ******6572 | Money Market Acct #: | ******4109 |
| Co-Debtor Taxpayer ID #: |  | Account Title: | Money Market Account (Interest Earn |
| For Period Beginning: | 4/2/2007 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 6/28/2012 | Separate bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 12/19/2007 | (1) | NORTHWESTERN MUTUAL | TURNOVER OF INSURANCE POLICY | 1229-000 | $217,986.75 | | $217,986.75 |
| 12/21/2007 | (2) | AXA EQUITABLE | TURNOVER OF INSURANCE FUNDS | 1229-000 | $51,999.84 | | $269,986.59 |
| 12/21/2007 | (3) | AXA EQUITABLE | TURNOVER OF INSURANCE POLICY FUNDS | 1229-000 | $124,413.73 | | $394,400.32 |
| 12/31/2007 | (4) | NEW YORK LIFE INSURANCE COMPANY | TUROVER OF INSURANCE FUNDS | 1229-000 | $262,234.59 | | $656,634.91 |
| 12/31/2007 | (INT) | BANK OF AMERICA, N.A. | Interest Rate 0.500 | 1270-000 | $29.68 | | $656,664.59 |
| 01/31/2008 | (INT) | BANK OF AMERICA, N.A. | Interest Rate 0.650 | 1270-000 | $521.96 | | $657,186.55 |
| 02/07/2008 | 201 | INTERNATIONAL SURETIES, LTD. | TRUSTEE BOND | 2300-000 | | $581.98 | $656,604.57 |
| 02/29/2008 | (INT) | BANK OF AMERICA, N.A. | Interest Rate 0.650 | 1270-000 | $338.29 | | $656,942.86 |
| 03/31/2008 | (INT) | BANK OF AMERICA, N.A. | Interest Rate 0.500 | 1270-000 | $323.98 | | $657,266.84 |
| 04/30/2008 | (INT) | BANK OF AMERICA, N.A. | Interest Rate 0.500 | 1270-000 | $269.37 | | $657,536.21 |
| 05/30/2008 | (INT) | BANK OF AMERICA, N.A. | Interest Rate 0.350 | 1270-000 | $194.92 | | $657,731.13 |
| 06/30/2008 | (INT) | BANK OF AMERICA, N.A. | Interest Rate 0.350 | 1270-000 | $188.70 | | $657,919.83 |
| 07/15/2008 | | Transfer to Acct #******4235 | Bank Funds Transfer | 9999-000 | | $27,000.00 | $630,919.83 |
| 07/31/2008 | (INT) | BANK OF AMERICA, N.A. | Interest Rate 0.350 | 1270-000 | $190.65 | | $631,110.48 |
| 08/29/2008 | (INT) | BANK OF AMERICA, N.A. | Interest Rate 0.350 | 1270-000 | $187.09 | | $631,297.57 |
| 09/30/2008 | (INT) | BANK OF AMERICA, N.A. | Interest Rate 0.350 | 1270-000 | $181.11 | | $631,478.68 |
| 10/31/2008 | (INT) | BANK OF AMERICA, N.A. | Interest Rate 0.300 | 1270-000 | $168.22 | | $631,646.90 |
| 11/28/2008 | (INT) | BANK OF AMERICA, N.A. | Interest Rate 0.300 | 1270-000 | $155.32 | | $631,802.22 |
| 12/16/2008 | | Transfer to Acct #******4235 | Bank Funds Transfer | 9999-000 | | $112,000.00 | $519,802.22 |
| 12/22/2008 | | Transfer to Acct #******4235 | Bank Funds Transfer | 9999-000 | | $168,000.00 | $351,802.22 |
| 12/31/2008 | (INT) | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | $90.93 | | $351,893.15 |
| 01/30/2009 | (INT) | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | $8.96 | | $351,902.11 |
| 02/11/2009 | 202 | INTERNATIONAL SURETIES, LTD. | TRUSTEE BOND | 2300-000 | | $293.40 | $351,608.71 |
| 02/27/2009 | (INT) | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | $8.10 | | $351,616.81 |
| 03/31/2009 | (INT) | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | $8.97 | | $351,625.78 |
| 04/30/2009 | (INT) | BANK OF AMERICA, N.A. | Interest Rate 0.070 | 1270-000 | $20.23 | | $351,646.01 |

**SUBTOTALS**  $659,521.39   $307,875.38

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No.: | 07-05886-SPS | Trustee Name: | Gus A. Paloian |
|---|---|---|---|
| Case Name: | SHETHI, SHATISH M AND SHETHI, ELIZA | Bank Name: | **B OF A /ASSOCIATED BANK |
| Primary Taxpayer ID #: | ******6572 | Money Market Acct #: | ******4109 |
| Co-Debtor Taxpayer ID #: |  | Account Title: | Money Market Account (Interest Earn |
| For Period Beginning: | 4/2/2007 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 6/28/2012 | Separate bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 05/29/2009 | (INT) | BANK OF AMERICA, N.A. | Interest Rate 0.070 | 1270-000 | $20.90 | | $351,666.91 |
| 06/30/2009 | (INT) | BANK OF AMERICA, N.A. | Interest Rate 0.070 | 1270-000 | $20.24 | | $351,687.15 |
| 07/31/2009 | (INT) | BANK OF AMERICA, N.A. | Interest Rate 0.070 | 1270-000 | $20.91 | | $351,708.06 |
| 08/31/2009 | (INT) | BANK OF AMERICA, N.A. | Interest Rate 0.070 | 1270-000 | $20.91 | | $351,728.97 |
| 09/30/2009 | (INT) | BANK OF AMERICA, N.A. | Interest Rate 0.070 | 1270-000 | $20.24 | | $351,749.21 |
| 10/30/2009 | (INT) | BANK OF AMERICA, N.A. | Interest Rate 0.070 | 1270-000 | $20.91 | | $351,770.12 |
| 11/30/2009 | (INT) | BANK OF AMERICA, N.A. | Interest Rate 0.070 | 1270-000 | $20.24 | | $351,790.36 |
| 12/04/2009 | | Transfer to Acct #******4235 | Bank Funds Transfer | 9999-000 | | $58,000.00 | $293,790.36 |
| 12/31/2009 | (INT) | BANK OF AMERICA, N.A. | Interest Rate 0.070 | 1270-000 | $17.80 | | $293,808.16 |
| 01/29/2010 | (INT) | BANK OF AMERICA, N.A. | Interest Rate 0.070 | 1270-000 | $17.46 | | $293,825.62 |
| 02/05/2010 | 203 | INTERNATIONAL SURETIES, LTD. | TRUSTEE BOND | 2300-000 | | $250.26 | $293,575.36 |
| 02/26/2010 | (INT) | BANK OF AMERICA, N.A. | Interest Rate 0.070 | 1270-000 | $15.77 | | $293,591.13 |
| 03/31/2010 | (INT) | BANK OF AMERICA, N.A. | Interest Rate 0.070 | 1270-000 | $17.46 | | $293,608.59 |
| 04/30/2010 | (INT) | BANK OF AMERICA, N.A. | Interest Rate 0.070 | 1270-000 | $16.89 | | $293,625.48 |
| 05/28/2010 | (INT) | BANK OF AMERICA, N.A. | Interest Rate 0.070 | 1270-000 | $17.45 | | $293,642.93 |
| 06/30/2010 | (INT) | BANK OF AMERICA, N.A. | Interest Rate 0.070 | 1270-000 | $16.90 | | $293,659.83 |
| 07/30/2010 | (INT) | BANK OF AMERICA, N.A. | Interest Rate 0.070 | 1270-000 | $17.46 | | $293,677.29 |
| 08/31/2010 | (INT) | BANK OF AMERICA, N.A. | Interest Rate 0.070 | 1270-000 | $17.46 | | $293,694.75 |
| 09/30/2010 | (INT) | BANK OF AMERICA, N.A. | Interest Rate 0.070 | 1270-000 | $16.90 | | $293,711.65 |
| 10/29/2010 | (INT) | BANK OF AMERICA, N.A. | Interest Rate 0.070 | 1270-000 | $17.46 | | $293,729.11 |
| 11/30/2010 | (INT) | BANK OF AMERICA, N.A. | Interest Rate 0.070 | 1270-000 | $16.91 | | $293,746.02 |
| 12/22/2010 | (INT) | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | $11.83 | | $293,757.85 |
| 12/22/2010 | | Transfer to Acct #******4235 | Final Posting Transfer | 9999-000 | | $293,757.85 | $0.00 |

**SUBTOTALS**  $362.10   $352,008.11

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No. | 07-05886-SPS |
| Case Name: | SHETHI, SHATISH M AND SHETHI, ELIZA |
| Primary Taxpayer ID #: | ******6572 |
| Co-Debtor Taxpayer ID #: | |
| For Period Beginning: | 4/2/2007 |
| For Period Ending: | 6/28/2012 |

| | |
|---|---|
| Trustee Name: | Gus A. Paloian |
| Bank Name: | **B OF A /ASSOCIATED BANK |
| Money Market Acct #: | ******4109 |
| Account Title: | Money Market Account (Interest Earn |
| Blanket bond (per case limit): | $5,000,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | **TOTALS:** | | $659,883.49 | $659,883.49 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $658,757.85 | |
| | | | **Subtotal** | | $659,883.49 | $1,125.64 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | **Net** | | $659,883.49 | $1,125.64 | |

| For the period of 4/2/2007 to 6/28/2012 | | For the entire history of the account between 06/01/2007 to 6/28/2012 | |
|---|---|---|---|
| Total Compensable Receipts: | $659,883.49 | Total Compensable Receipts: | $659,883.49 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $659,883.49 | Total Comp/Non Comp Receipts: | $659,883.49 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $1,125.64 | Total Compensable Disbursements: | $1,125.64 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $1,125.64 | Total Comp/Non Comp Disbursements: | $1,125.64 |
| Total Internal/Transfer Disbursements: | $658,757.85 | Total Internal/Transfer Disbursements: | $658,757.85 |

Case 07-05886   Doc 241   Filed 06/28/12   Entered 06/28/12 12:38:50   Desc Main
Document    Page 11 of 13
Page No: 4   Exhibit 9

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 07-05886-SPS | Trustee Name: | Gus A. Paloian |
|---|---|---|---|
| Case Name: | SHETHI, SHATISH M AND SHETHI, ELIZA | Bank Name: | **B OF A /ASSOCIATED BANK |
| Primary Taxpayer ID #: | ******6572 | Checking Acct #: | ******4235 |
| Co-Debtor Taxpayer ID #: | | Account Title: | BofA Checking Account |
| For Period Beginning: | 4/2/2007 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 6/28/2012 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/15/2008 | | Transfer from Acct #******4109 | Bank Funds Transfer | 9999-000 | $27,000.00 | | $27,000.00 |
| 07/15/2008 | 2001 | SEYFARTH SHAW LLP | ATTORNEY FEES & EXPENSES | 3110-000 | | $25,654.91 | $1,345.09 |
| 12/16/2008 | | Transfer from Acct #******4109 | Bank Funds Transfer | 9999-000 | $112,000.00 | | $113,345.09 |
| 12/16/2008 | 2002 | SEYFARTH SHAW LLP | PROFESSIONAL COMPENSATION | 3110-000 | | $109,207.34 | $4,137.75 |
| 12/22/2008 | | Transfer from Acct #******4109 | Bank Funds Transfer | 9999-000 | $168,000.00 | | $172,137.75 |
| 12/22/2008 | 2003 | SATISH SHETHI AND ELIZA SHETHI | SETTLEMENT | 8100-002 | | $171,200.24 | $937.51 |
| 12/04/2009 | | Transfer from Acct #******4109 | Bank Funds Transfer | 9999-000 | $58,000.00 | | $58,937.51 |
| 12/04/2009 | 2004 | SEYFARTH SHAW LLP | ATTORNEY FEES & EXPENSES | 3110-000 | | $30,560.28 | $28,377.23 |
| 12/04/2009 | 2005 | GUS A. PALOIAN, TRUSTEE | TRUSTEE COMPENSATION | 2100-000 | | $27,672.26 | $704.97 |
| 12/22/2010 | | Transfer from Acct #******4109 | Transfer In From MMA Account | 9999-000 | $293,757.85 | | $294,462.82 |
| 12/22/2010 | 2006 | GUS A. PALOIAN, TRUSTEE | Trustee Compensation | 2100-000 | | $9.59 | $294,453.23 |
| 12/22/2010 | 2007 | SEYFARTH SHAW LLP | Claim ATTY 4, Payment 100.00000% | 3110-000 | | $16,333.30 | $278,119.93 |
| 12/22/2010 | 2008 | POPOWCER KATTEN, LTD. | Claim PROF FEE, Payment 100.00000% | 3310-000 | | $1,247.00 | $276,872.93 |
| 12/22/2010 | 2009 | INTERNAL REVENUE SERVICE | Claim 000004, Payment 100.00000% | 5800-000 | | $69,545.87 | $207,327.06 |
| 12/22/2010 | 2010 | RAMADA WORLDWIDE INC. | Claim 000001, Payment 10.53821% | 7100-000 | | $34,653.68 | $172,673.38 |
| 12/22/2010 | 2011 | DAYS INNS WORLDWIDE INC & RAMADA WO | Claim 000002, Payment 10.53821% | 7100-000 | | $49,691.81 | $122,981.57 |
| 12/22/2010 | 2012 | DISCOVER BANK/DISCOVER FINANCIAL SE | Claim 000003, Payment 10.53680% | 7100-000 | | $20.10 | $122,961.47 |
| 12/22/2010 | 2013 | DISCOVER BANK/DISCOVER FINANCIAL SE | Claim 000005, Payment 10.53816% | 7100-000 | | $996.22 | $121,965.25 |
| 12/22/2010 | 2014 | HNB NAT' BANK, SUCC. TO HANNIBAL NB | Claim 000007, Payment 10.53822% | 7100-000 | | $43,275.71 | $78,689.54 |
| 12/22/2010 | 2015 | HNB NAT'L BANK SUCC. TO HANNIBAL NB | Claim 000008, Payment 10.53822% | 7100-000 | | $5,206.23 | $73,483.31 |
| 12/22/2010 | 2016 | UNITED CENTRAL BANK SUCC. TO MUTUAL | Claim 000009, Payment 10.53821% | 7100-000 | | $73,483.31 | $0.00 |

**SUBTOTALS** $658,757.85   $658,757.85

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 07-05886-SPS | Trustee Name: | Gus A. Paloian |
|---|---|---|---|
| Case Name: | SHETHI, SHATISH M AND SHETHI, ELIZA | Bank Name: | **B OF A /ASSOCIATED BANK |
| Primary Taxpayer ID #: | ******6572 | Checking Acct #: | ******4235 |
| Co-Debtor Taxpayer ID #: | | Account Title: | BofA Checking Account |
| For Period Beginning: | 4/2/2007 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 6/28/2012 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | **TOTALS:** | | $658,757.85 | $658,757.85 | $0.00 |
| | | | Less: Bank transfers/CDs | | $658,757.85 | $0.00 | |
| | | | **Subtotal** | | $0.00 | $658,757.85 | |
| | | | Less: Payments to debtors | | $0.00 | $171,200.24 | |
| | | | **Net** | | $0.00 | $487,557.61 | |

| For the period of 4/2/2007 to 6/28/2012 | | For the entire history of the account between 07/15/2008 to 6/28/2012 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $658,757.85 | Total Internal/Transfer Receipts: | $658,757.85 |
| | | | |
| Total Compensable Disbursements: | $487,557.61 | Total Compensable Disbursements: | $487,557.61 |
| Total Non-Compensable Disbursements: | $171,200.24 | Total Non-Compensable Disbursements: | $171,200.24 |
| Total Comp/Non Comp Disbursements: | $658,757.85 | Total Comp/Non Comp Disbursements: | $658,757.85 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 07-05886-SPS | Trustee Name: | Gus A. Paloian |
|---|---|---|---|
| Case Name: | SHETHI, SHATISH M AND SHETHI, ELIZA | Bank Name: | **B OF A /ASSOCIATED BANK |
| Primary Taxpayer ID #: | ******6572 | Checking Acct #: | ******4235 |
| Co-Debtor Taxpayer ID #: | | Account Title: | BofA Checking Account |
| For Period Beginning: | 4/2/2007 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 6/28/2012 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $659,883.49 | $659,883.49 | $0.00 |

| For the period of 4/2/2007 to 6/28/2012 | | For the entire history of the case between 04/02/2007 to 6/28/2012 | |
|---|---|---|---|
| Total Compensable Receipts: | $659,883.49 | Total Compensable Receipts: | $659,883.49 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $659,883.49 | Total Comp/Non Comp Receipts: | $659,883.49 |
| Total Internal/Transfer Receipts: | $658,757.85 | Total Internal/Transfer Receipts: | $658,757.85 |
| | | | |
| Total Compensable Disbursements: | $488,683.25 | Total Compensable Disbursements: | $488,683.25 |
| Total Non-Compensable Disbursements: | $171,200.24 | Total Non-Compensable Disbursements: | $171,200.24 |
| Total Comp/Non Comp Disbursements: | $659,883.49 | Total Comp/Non Comp Disbursements: | $659,883.49 |
| Total Internal/Transfer Disbursements: | $658,757.85 | Total Internal/Transfer Disbursements: | $658,757.85 |